UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff and Counter-Defendant,

and

WAYNE COUNTY DEPARTMENT OF HEALTH,
AIR POLLUTION CONTROL DIVISION,

    Plaintiff,

v.

STATE OF MICHIGAN,

    Defendant, Counter-Plaintiff
    and Cross-Plaintiff,

v.

CITY OF DETROIT, a municipal corporation,
and DETROIT WATER AND SEWERAGE DEPARTMENT,

    Defendants and Cross-Defendants,

v.

ALL COMMUNITIES AND AGENCIES UNDER
CONTRACT WITH THE CITY OF DETROIT FOR
SEWERAGE TREATMENT SERVICES,

v.

DETROIT AREA LAUNDRY POLLUTION CONTROL
GROUP, a voluntary, non-profit,
unincorporated association, AND
ITS MEMBERS,

v.

THE FOOD AND ALLIED INDUSTRIES
COMMITTEE OF METROPOLITAN DETROIT,
a voluntary non-profit, unincorporated
association, AND ITS MEMBERS,

    Intervening Rate Challengers.

Civil Action No. 77-71100
Hon. John Feikens

```
UNITED STATES OF AMERICA and
FRANK J. KELLEY, ATTORNEY GENERAL
FOR THE STATE OF MICHIGAN, EX REL          Civil Action No.
MICHIGAN NATURAL RESOURCES COM-            87-70992
MISSION, MICHIGAN WATER RESOURCES          Hon. John Feikens
COMMISSION, and DAVID F. HALES,
DIRECTOR OF MICHIGAN DEPARTMENT
OF NATURAL RESOURCES,

              Plaintiffs,

v.

WAYNE COUNTY, MICHIGAN; CITY OF
ALLEN PARK; CITY OF BELLEVILLE;
TOWNSHIP OF BROWNSTOWN; CITY OF
DEARBORN HEIGHTS; CITY OF ECORSE;
CITY OF LINCOLN PARK; CITY OF
RIVER ROUGE; CITY OF SOUTHGATE;
CITY OF TAYLOR; TOWNSHIP OF
VAN BUREN; CITY OF WYANDOTTE;
SOUTHGATE-WYANDOTTE RELIEF
DRAINAGE DISTRICT; ECORSE CREEK
POLLUTION ABATEMENT DRAIN,

              Defendants.
_____/

UNITED STATES OF AMERICA, and
STATE OF MICHIGAN,

              Plaintiffs,                  Civil Action No.
                                           89-72937
v.                                         Hon. John Feikens

CITY OF DETROIT, MICHIGAN,

              Defendant.
_____/
```

## MOTION OF THE UNITED STATES FOR AN OPPORTUNITY TO RESPOND TO THE COURT'S PROPOSED ORDER CONCERNING PAYMENT OF EXPERT MASTER CHARLES R. MOON

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), hereby requests that the Court allow it two weeks to provide comment on

the Court's October 16, 1992, proposed Order concerning payment of Expert Master Charles R. Moon. The grounds for this motion are set forth in the memorandum submitted herewith.

WHEREFORE, for the reasons set forth in the United States' memorandum in support, the United States respectfully requests two weeks, to November 5, 1992, to send the Court any comment on the Court's proposed Order.

                            Respectfully submitted,

                            VICKI A. O'MEARA
                            Acting Assistant Attorney General
                            Environment & Natural Resources
                              Division
                            United States Department of Justice

                            */s/ Barbara A. Rogers*
                            THOMAS A. MARIANI, JR.
                            BARBARA A. ROGERS
                            United States Department of Justice
                            Environment and Natural Resources
                               Division
                            Environmental Enforcement Section
                            P.O. Box 7611
                            Ben Franklin Station
                            U.S. Department of Justice
                            Washington, D.C.  20044
                            (202) 514-4620
                            (202) 514-4169

OF COUNSEL:

DAVID HINDIN
Attorney/Advisor
U.S. EPA Headquarters
Office of Enforcement (LE-134W)
401 M Street, S.W.
Washington, D.C.  20460

SEBASTIAN PATTI
Associate Regional Counsel
U.S. EPA Region V
77 West Jackson Boulevard
Chicago, Il.  60604

## CERTIFICATE OF SERVICE

We hereby certify that on or before October 26, 1992, a copy of the foregoing document -- Motion of the United States for an Opportunity to Respond to the Court's Proposed Order concerning Payment of Expert Master Charles R. Moon -- was served on the following, by first class mail and with postage prepaid:

James A. Smith
Bodman, Longley & Dahling
100 Renaissance Center
Suite Detroit, MI  48243

Robert H. Fredericks
Chief Deputy Drain Commissioner
Oakland County Drain Commission
One Public Works Drive
Pontiac, MI  48054

John P. Williams
Butzel, Long, Gust,
 Klein & Van Zile
150 W. Jefferson
Suite 900
Detroit, MI  48226

William P. Hampton
John W. Donohue
Kohl, Secrest, Wardle, Lynch
 Clark & Hampton
30903 Northwestern Highway
Farmington Hills, MI  48018

Pamela G. Shea
Beier, Howelett, PC
200 East Long Lake Road
Suite 110
Bloomfield Hills, MI  48304
                        -2361

Michael H. Feiler
Feiler, Hoelson & Rosenberg
32255 Northwestern Highway
Suite 145
Farmington Hill, MI  48334

Phillip G. Tannian
243 West Congress
Suite 390
Detroit, MI  48226

Thomas A Neenan
Assistant Wayne County
 Corporation Counsel
415 Clifford - Eighth Floor
Detroit, MI  48226

Peter Caplan
Assistant U.S. Attorney
      Civil Division
Office of the U.S. Attorney
817 Federal Building
Detroit, MI  48226

William W. Misterovich
Macomb County Department
 of Public Works
P.O. Box 806
Mt. Clemens, MI  48043

Richard E. Hinks
Fildew, Hinks, Gilbride,
 Miller & Todd
3600 Penobscot Building
Detroit, MI  48226

Darryl F. Alexander
Assistant Corporation Counsel
City of Detroit Law Department
Water & Sewage Division
735 Randolph, Room 1006
Detroit, MI  48226

George Kiros
Ford Motor Company
552 World Headquarters
The American Road
Dearborn, MI  48121

Tim Howlett
Dickinson, Wright, Moon,
 Van Dusen & Freeman
800 First National Building
Detroit, MI  48226

Sebastian Patti
U.S. EPA Region V
77 West Jackson Boulevard
Chicago, IL  60604

Owen J. Cummings
Attorney at Law
Charter Township of Redford
33900 Schoolcraft
Livonia, MI  48150-1392

John Scherbarth
Assistant Attorney General
State of Michigan
Office of the Attorney General
Environmental Protection Division
P.O. Box 30212
Lansing, MI  48909

Karl R. Bennett, Jr.
Stringari, Fritz, Kreger,
        Ahearn, Bennet & Hunsinger
650 First National Building
Detroit, MI  48226

David Hindin
U.S. EPA  Headquarters
Office of Enforcement (LE-134W)
401 M Street, S.W.
Washington, D.C.  20460

_____
Thomas A. Mariani, Jr.
Barbara A. Rogers

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff and Counter-Defendant,

and

WAYNE COUNTY DEPARTMENT OF HEALTH,
AIR POLLUTION CONTROL DIVISION,

    Plaintiff,

v.

STATE OF MICHIGAN,

    Defendant, Counter-Plaintiff
    and Cross-Plaintiff,

v.

CITY OF DETROIT, a municipal corporation,
and DETROIT WATER AND SEWERAGE DEPARTMENT,

    Defendants and Cross-Defendants,

v.

ALL COMMUNITIES AND AGENCIES UNDER
CONTRACT WITH THE CITY OF DETROIT FOR
SEWERAGE TREATMENT SERVICES,

v.

DETROIT AREA LAUNDRY POLLUTION CONTROL
GROUP, a voluntary, non-profit,
unincorporated association, AND
ITS MEMBERS,

v.

THE FOOD AND ALLIED INDUSTRIES
COMMITTEE OF METROPOLITAN DETROIT,
a voluntary non-profit, unincorporated
association, AND ITS MEMBERS,

    Intervening Rate Challengers.

Civil Action No.
77-71100
Hon. John Feikens

| | |
|---|---|
| UNITED STATES OF AMERICA and FRANK J. KELLEY, ATTORNEY GENERAL FOR THE STATE OF MICHIGAN, EX REL MICHIGAN NATURAL RESOURCES COMMISSION, MICHIGAN WATER RESOURCES COMMISSION, and DAVID F. HALES, DIRECTOR OF MICHIGAN DEPARTMENT OF NATURAL RESOURCES, <br><br>     Plaintiffs, <br><br>v. <br><br>WAYNE COUNTY, MICHIGAN; CITY OF ALLEN PARK; CITY OF BELLEVILLE; TOWNSHIP OF BROWNSTOWN; CITY OF DEARBORN HEIGHTS; CITY OF ECORSE; CITY OF LINCOLN PARK; CITY OF RIVER ROUGE; CITY OF SOUTHGATE; CITY OF TAYLOR; TOWNSHIP OF VAN BUREN; CITY OF WYANDOTTE; SOUTHGATE-WYANDOTTE RELIEF DRAINAGE DISTRICT; ECORSE CREEK POLLUTION ABATEMENT DRAIN, <br><br>     Defendants. | Civil Action No. 87-70992 <br> Hon. John Feikens |
| UNITED STATES OF AMERICA, and STATE OF MICHIGAN, <br><br>     Plaintiffs, <br><br>v. <br><br>CITY OF DETROIT, MICHIGAN, <br><br>     Defendant. | Civil Action No. 89-72937 <br> Hon. John Feikens |

MEMORANDUM OF THE UNITED STATES IN SUPPORT OF MOTION FOR AN OPPORTUNITY TO RESPOND TO THE COURT'S PROPOSED <u>ORDER CONCERNING PAYMENT OF EXPERT MASTER CHARLES R. MOON</u>

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("EPA"), submits this memorandum in support of its motion requesting that the

Court allow it two weeks to address the Court's proposed Order concerning payment of Expert Master Charles R. Moon. As grounds for its motion, the United States states as follows:

1. The Court sent a letter dated October 16, 1992, to counsel for co-plaintiff the State of Michigan, and to counsel for three of the defendants in these actions. That letter requested that within five days of receipt of the letter, the recipients send the Court any comments on a proposed Order that accompanied the letter and which concerns the source of payment of the Expert Master.

2. Under the Court's proposed Order, Mr. Moon would be paid by the engineering firm managing a national wet weather demonstration project recently funded in principal part through a $46 million federal grant set aside for the County of Wayne, Michigan. Under the Court's proposed Order, Mr. Moon's compensation, including accrued compensation of approximately $42,053 as of September 30, 1992, would be considered a project cost of the wet weather demonstration project. Thus, under the proposed Order much of Mr. Moon's past and future work as Expert Master for the Court would be financed through the grant monies appropriated by the United States.

3. Co-plaintiff the United States was not served with the Court's letter and proposed Order. The United States was not aware of the Court's issuance of that proposed Order until the afternoon of Wednesday October 21, 1992, when one of the other parties to these actions brought the matter to the United States'

attention. The United States immediately made arrangements to obtain a copy of the letter and proposed Order, and received a copy on the afternoon of Thursday October 22, 1992.

4. The United States has previously expressed serious reservations concerning the appointment, function and financing of the Expert Master, including at a hearing before the Court on May 19, 1992, and in response to inquiries made of EPA employees in the past several months concerning their reactions to the idea that compensation for the Expert Master be paid out of the $46 million federal grant. EPA's responses to these inquiries were consistently negative.

5. Notice of and an opportunity to submit comment on the proposed order from the Court should not be limited to fewer than all of the parties to this action, since it potentially affects the substantive rights, obligations and interests of the respective parties.

6. For the United States to effectively evaluate and respond to the Court's proposed Order will require analysis of several factual and legal issues.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that it be granted until November 5, 1992, two weeks from the date of receipt of the proposed Order, to send the Court any comment on the Court's proposed Order.

Respectfully submitted,

VICKI A. O'MEARA
Acting Assistant Attorney General
Environment & Natural Resources
  Division
United States Department of Justice

THOMAS A. MARIANI, JR.
BARBARA A. ROGERS
United States Department of Justice
Environment and Natural Resources
     Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
U.S. Department of Justice
Washington, D.C.  20044
(202) 514-4620
(202) 514-4169

OF COUNSEL:

DAVID HINDIN
Attorney/Advisor
U.S. EPA Headquarters
Office of Enforcement (LE-134W)
401 M Street, S.W.
Washington, D.C.  20460

SEBASTIAN PATTI
Associate Regional Counsel
U.S. EPA Region V
77 West Jackson Boulevard
Chicago, Il.  60604