UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff and
    Counter-Defendant

Civil Action No. 77-71100

v.

Honorable John Feikens

STATE OF MICHIGAN,
    Defendant and Cross-
    Plaintiff and Cross-
    Defendant

v.

CITY OF DETROIT, a Municipal
corporation and the DETROIT WATER
AND SEWERAGE DEPARTMENT,
    Defendant and
    Cross-Plaintiff

v.

ALL COMMUNITIES AND AGENCIES UNDER
CONTRACT WITH THE CITY OF DETROIT
FOR SEWERAGE TREATMENT SERVICES,
 - IN RE:  PRODUCTION PLATING, INC.

v.

THE DETROIT AREA LAUNDRY POLLUTION CONTROL
GROUP, a Voluntary Non-Profit Unincorporated
Association, AND ITS MEMBERS, on its own Behalf
and on Behalf of All Those Other Commerical, Industrial
and Linen Laundries Similarly Situated Who Are Served
by the Detroit Water & Sewerage Department,

v.

THE FOOD AND ALLIED INDUSTRIAL COMMITTEE
OF METROPOLITAN DETROIT, a Voluntary
Non-Profit Unincorporated Association,
AND ITS MEMBERS,

v.

THE GREATER DETROIT CHAMBER OF COMMERCE,
a Michigan non-profit corporation, and ITS
MEMBERS



ORDER REGARDING INSPECTION AND REPORT

At a session of said Court, held in the Courthouse in the City of Detroit, County of Wayne and State of Michigan on _April 1, 1993_

PRESENT: HONORABLE _John Feikens_

This matter having come on before the Court for hearing, the Court having heard oral argument and being otherwise fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. Representatives of the Detroit Water and Sewerage Department Industrial Waste Control Division will, within seven (7) days of the date Production Plating, Inc. notifies counsel for the Detroit Water and Sewerage Department that Production Plating is ready for an inspection of the proposed batch discharge and wastewater treatment system installed by Production Plating, Inc., inspect the proposed batch discharge and wastewater treatment system.

2. Within seven (7) days of the date of the inspection of the proposed batch discharge and wastewater treatment system, the Detroit Water and Sewerage Department will provide this Court with a report regarding the acceptability of the proposed batch discharge and wastewater treatment system.

3. In the event the report provided to this Court under Paragraph 2 above concludes that the

2

proposed batch discharge and wastewater treatment system is acceptable, within two (2) business days of the submission of the report, the Detroit Water and Sewerage Department shall submit an order requiring compliance and permitting interim discharge of pretreated wastewater for a period of ninety (90) days.

IT IS SO ORDERED

*Joh Feikens*
HONORABLE JOHN FEIKENS