1

U.S. DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES,

     Plaintiff,

vs.                                    Case No. 77-71100

STATE OF MICHIGAN,

     Defendant.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _/


PRESENTATION OF THE DWSD GREATER DETROIT

REGIONAL SYSTEM REPORT

BEFORE THE HONORABLE JOHN FEIKENS, JUDGE

Tuesday, August 16, 1994 - Detroit, Michigan


APPEARANCES:


Slide Presentation By:   MARK J. TENBROEK, P.E.
                         Camp, Dresser & McKee
                         One Woodward Avenue
                         Suite 1500
                         Detroit, Michigan
                         (313) 963-1313

2

INDEX

WITNESS/PROCEEDING:                                    PAGE:

SLIDE PRESENTATION

By Mr. TenBroek                                          4

Open Questioning                                        23




EXHIBITS:                                PAGE MARKED:

None.



3



1           Tuesday, August 16, 1994

2           Detroit, Michigan

3           At or about 9:05 a.m.

4                   - - -

5           THE CLERK:  The Court calls case number

6      77-71100, United States of America versus State of

7      Michigan.

8           THE COURT:  Please be seated.  Good

9      morning, everyone.  For the purpose of the presentation

10     of the Regional System Report, I'll call on the Court

11     Monitor, Dr. Bulkley.



12          DR. BULKLEY:  Thank you, your Honor.  I

13     would like to ask for the City of Detroit to make the

14     presentation.  The person that I've worked with most

15     closely, in terms of development of the model, is

16     Mr. Figita, but I would recognize representatives from

17     the City of Detroit; Ms. Levy as the Deputy Director,

18     and I'll ask them to proceed as they wish.

19          MS. LEVY:  I'll just go ahead, your

20     Honor, and Gary Figita can take over.  I don't need to

21     do any introductions, I don't believe.

22          THE COURT:  All right.  Please proceed,

23     Mr. Figita.



24          MR. FIGITA:  Thank you.  Gary Figita,

25     White Water operations, Detroit Sewage Department.  What

1    you are about to see is a presentation prepared by Camp,

2    Dresser & McKee, working with the Technical Committee

3    comprising of representatives from Wayne County, Oakland

4    County, Macomb County, City of Dearborn, City of

5    Detroit, MDNR and the Federal Court Monitor.

6          This project has been in the making for three

7    long years, and I think we've reached consensus, and I

8    hope we've reached consensus with all the other

9    representatives on the committee, that as far as what

10   the model does, what the model is, what the alternatives

11   show as far as level of CSO control.

12         As far as the presentation, I will turn this

13   over to Mark TenBroek of Camp, Dresser & McKee.

14               MR. TENBROEK:  Your Honor, if it please

15   the Court, I'd like to move up to the screen and show a

16   few slides.  I've also got some presentation books, and

17   I guess if anybody else would like to move so they could

18   see this a little more easily.

19               THE COURT:  If you'd like, you can sit in

20   the jury box here today.  It might inspire you one day

21   to be a juror.  Please feel free to sit in the box if

22   you wish.

23               MR. TENBROEK:  By way of introduction,

24   I'd like to, I guess, mirror Gary's words.  This project

25   has been going for about three years now, and it's been




1   very valuable to me personally and those members of the

2   Technical Committee who have been involved in this

3   project.

4        Just a little project history.  The original

5   model was developed just for the City of Detroit in

6   about 1987.  It went through about 1989, and that just

7   went through waste water treatment plant.  What was done

8   was to provide some basic statistics of what the

9   overflows were within the City of Detroit specifically.

10  There was not a great deal of focus on that point, but

11  at the end of the project in 1989, that coincided with

12  some renegotiations for the permit for the City of

13  Detroit and resulted in some contested case hearings in

14  renegotiating that permit.

15       At the same time, the Federal Courts became

16  involved in this project, and Dr. Bulkley, who's here

17  today, became involved on a technical level to do some

18  fact-finding and try to resolve some of the issues

19  surrounding the project.

20       One of the first things that Dr. Bulkley did

21  was he formulated GDRS Technical and Policy Committees.

22  The focus of those committees were try to understand

23  what the problems were and to try to provide all the

24  information to the parties that were involved.

25       As a result of that, we were inclined to



1    expand the model which was developed just for the City

2    of Detroit, expand it into the suburban areas.  That

3    developed a regional system model, including the

4    regional areas and other customers in the City of

5    Detroit.  Also, as part of that was to develop a

6    committee to oversee the technical developments of the

7    project, make sure all the suburban communities in the

8    city were satisfied for a technical basis if the

9    project.

10           The goals of the project itself, which began

11   about three years ago, was to first of all maintain the

12   technical committees, keep the people involved in both

13   the City of Detroit and the suburban communities in

14   developing the model.

15           The first step was to define or develop what

16   the system model included, and that was the first order

17   of business.  For that, the hydrologic and hydraulic

18   model of the collection system, and also for what we're

19   expecting the estimate of overflows under baseline and

20   planned improvement conditions to be after a number of

21   improvements are in place that are currently being

22   planned and designed.

23           Finally, the project was moved into providing

24   a number of alternatives, evaluating them, in terms of

25   their cost, and providing that to the Technical



1    Committee, as well as providing the individual models

2    that were prepared as part of the project.

3              I'd like to provide a little background of the

4    collection system itself and what it includes.  I've got

5    a table included in your handout which gives some very

6    detailed information.  Again, this is included in the

7    final report for the project.

8              As background, the different communities which

9    we have, different suburban customers include Clinton

10   Oakland District.  Macomb County has two sanitary

11   districts; South Macomb; Northeast Wayne County, a

12   district on the east side of the city; Evergreen-

13   Farmington, Southeast Oakland, again within Oakland;

14   rouge Valley within Wayne County; and then some

15   individual communities, such as Farmington, Allen Park,

16   Centerline, Melvindale, Grosse Pointe Park, Grosse

17   Pointe Farms, the City of Grosse Pointe and the City of

18   Dearborn; and finally the City of Detroit which includes

19   Hamtramck and Highland Park.

20             Now, I've got basic statistics that were

21   developed in terms of the combined sewage area or CSO.

22   As you can see, we have some 563,000 acres, roughly 880

23   square miles.  What I'd like to do is I'd like to just

24   show you in a graph how this is distributed throughout

25   the different suburban sanitary districts.

1   Again, to the north, we have a couple of major

2   sanitary areas, and there shown in this green. Again,

3   about 220 square miles within Macomb County, and 120

4   square miles with in the Clinton Oakland District in

5   Oakland County. Again, those are two major sanitary

6   areas of the north.

7   Also to the north is Evergreen-Farmington,

8   about 130 square miles. Again the majority of that is

9   separate sanitary, with a relatively small area

10  combined. Also to the north is the Southeast Oakland

11  district, again, about 71 total square miles. For the

12  east, South Macomb is roughly two-thirds sanitary area,

13  about 27 square miles, and then Northeast Wayne County,

14  also to the northeast of the city.

15  To the west is the Rouge Valley System within

16  Wayne County, about 130 square miles, and again, the

17  majority of that is served by sanitary sewers. The City

18  of Dearborn, again a majority of that community is

19  served by combined sewers, about 20 square miles in

20  total.

21  In the center of this entire tributary area is

22  the City of Detroit, which is approximately 139 square

23  miles. Again, that's all served by combined sewers,

24  again, for a total of about 232 square miles of CSO

25  area, about 650 sanitary, for about a total of 880

1  square miles tributary area.  It is certainly one of the

2  largest collection system and treatment system in the

3  country.

4  Population-wise, I've shown this graph just to

5  show you how it's distributed.  The total tributary area

6  is roughly 2.9 million people, of that about one-

7  million, slightly over one-million in the City of

8  Detroit itself, the remainder of that distributed

9  through the different suburban districts.

10  In terms of base flows, this is under dry

11  weather conditions, you can see that the majority,

12  again, comes from the City of Detroit, roughly 540

13  gallons per day.  Almost half of that is generated in

14  the City of Detroit.  Again, the remainder is

15  distributed, very similarly to the population, through

16  the different suburban districts.

17  Again, the focus of this project was to

18  develop a model to understand how the system is affected

19  by wet weather whenever it rains, and the way that, that

20  was done was by developing a series of computer-based

21  models for a number of these different districts, and

22  the way that was broken down was providing six different

23  models, and these correspond to what we call Western

24  Wayne, which is primarily the Rouge Valley System within

25  Wayne County, Evergreen-Farmington within Oakland County

1   and Southeast Oakland within Oakland County.  Then we've

2   prepared a model called Foxcreek/East Side, which

3   included Macomb County and Wayne County to the east.  A

4   separate model for the west side City of Detroit, which

5   is primarily tributary to the Rouge River, and last we

6   prepared a model which we called the Central City, which

7   has all these other models tributary to it.

8        Graphically, this shows the different models

9   and how they're connected.  Again, the central feature

10  is this area we call the Central City model, and also

11  shown on this screen and also on the sheet in your

12  handout shows the major sewers and interceptors that are

13  included as part of that system.  The waste water plant

14  is included at this location.  All the sewers convey

15  flows down to that point.  Overflows occur throughout

16  the system, primarily along the Detroit River and up

17  along the Rouge River, which extends in this direction,

18  lower Rouge in this direction, middle Rouge in that

19  direction.

20       What I've shown on the screen also is areas

21  which are served by combined sewers.  As you can see

22  the, the City of Detroit is all combined.  Central City

23  model is primarily served by combined sewers from the

24  north and Southeast Oakland including Farmington.  Off

25  to the west is the Western-Wayne County system, and off

1    to the east is the Foxcreek East Side submodel.  This

2    formed the basis for all the analyses that we've

3    prepared for this report to give you an idea of what the

4    different models were that were included as part of this

5    project.

6          We have two types; one that's called an event

7    model, one that's called the continuous model.  The

8    event models are used to calibrate the system to

9    understand that our models are calibrating property.

10   During the project, we use it for simulation a short

11   period of time, a number of days, and what this event

12   model does is it accurately simulates what the system

13   hydraulics are.

14         The second set of models are what we call

15   continuous models, and they're what provide us with

16   estimates on how frequently we determine the system will

17   overflow on an annual basis.  What they do is provide us

18   with these estimates of annual overflow, and to do that

19   we look at simulated long periods of time, in this case,

20   ten years of rainfall data to see how many overflows and

21   how much overflows in that ten-year period.

22         We've provided some simplification in the

23   system hydraulics.  In other words, we don't know, and

24   what we've done is we've used much of the information

25   generated under the detailed models to simulate how flow

12

1   splits occur within the system.  The long and short of

2   this is that we use very detailed modeling to understand

3   how the system works, and we use continuous flows, long-

4   term, on a long-term basis.  This provides a good

5   estimate of how the system really operates through a

6   period of time.

7        Throughout the results of this report, we have

8   focused on what we call capture calculations, how much

9   of the combined sewage actually reaches the waste water

10  treatment plants versus how much discharged to the

11  receiving streams.  There's a series of guidelines from

12  the EPA, in terms of how those different streams are

13  defined.

14        Within the EPA CSO flow policy, there's a term

15  called adequate treatment.  In other words, if there's a

16  certain amount of detention, it can be termed adequately

17  treated.  It's not specifically defined in the EPA's

18  policy.  What we've done for these calculations is we've

19  used 30 minutes of hydraulic detention, and we've

20  assumed that, that underwent accurate treatment and

21  whether the demonstration project, which is building

22  several basins as part of that project, will answer that

23  question as to whether or not 30 minutes, 45 minutes or

24  so forth actually provides an adequate treatment, but

25  for our calculations, we've made the assumption that 30

1    minutes does provide accurate treatment.

2            In our calculations, the combined sewage

3    overflows base and the combined capping? ?   During

4    periods of wet weather; in other words, flows that are

5    generated by users of the system.   The customers are

6    included in calculation of the total CSO flows during

7    wet weather only.   We've also found that the number of

8    wet weather days are based on rainfall variation over

9    the entire tributary area.   As I said before, there's

10   884 miles throughout the collection system.   Rainfall

11   and wet weather can occur in very small portions of that

12   system, and as a result, we have more wet weather days

13   for the entire collection system than you do at just one

14   point, just because it's so large.

15           Finally, within our calculations, most of our

16   alternatives allowed for decanting of basins.   In other

17   words, at the end of a storm, after a certain amount of

18   time has passed, the volume that's in the basins have

19   been discharged directly to the receiving waters with

20   the assumption made that they have been adequately

21   treated.   So, these are some of the basic technical

22   assumptions that have been made in all of our

23   calculations.

24           I'd like to just give you a quick review of

25   what the different alternatives were.   First of all, we

1     want to look at what conditions were on what we call

2     baseline, and that's as of last year, 1993.  We

3     collected that because it was very typical as to how the

4     system was operating before a number of improvements

5     went on line.

6             The second set of improvements that we focused

7     on was what we call planned improvements.  That's

8     recently in the north interceptor east arm being placed

9     on line, the pump being placed on line, and it also

10     includes a number of basins that are now being planned.

11     There's a number of basins, as part of the Rouge River

12     Wet Weather Demonstration, that are hopefully flowing on

13     rainfall.

14             So, we wanted to se how the system would

15     operate in what we call the planned improvement

16     condition.  We've also looked at the impact of spatial

17     rainfall variation on the system.  For all this

18     analysis, we were using the rainfall from one gauge to

19     perform our simulations.  We wanted to understand, if we

20     had a whole series of rainfalls, what the impact would

21     be on the results.  So, phase one, to understand that.

22             Under the second phase of alternatives now,

23     since we looked at options for improving performance of

24     the system, we put these in three categories.  One was

25     under the MDNR proposed permit design criteria, and

1    they're presumptively achieving their standard of

2    adequate treatment, and we've done that both with

3    decanting of basins and no decanting of basins; and

4    second, we looked at a series of other alternatives.

5    One is using a standard which was developed out of the

6    Rouge River Remedial Action Plan to see if that's what

7    the performance of that alternative would be, and then

8    we looked at three different alternatives, which focused

9    just on the west side of the City of Detroit.

10              Finally, we looked at a series of operational

11   controls to see the impact on the collection system.

12   What I'd like to do is provide the results of those

13   simulations.

14              On this diagram, what I've shown is the

15   estimated annual overflows under what we call baseline

16   conditions.  We wanted to understand again what the

17   current conditions under the standing conditions are,

18   and what I've provided here are in red, something called

19   untreated, and in green, something that is adequately

20   treated in terms of the discharge.

21              So, under current conditions, all of the

22   overflows from the City of Detroit, roughly some one

23   billion gallons per year, are not receiving treatment

24   today.  Within Southeast Oakland, they have a basin,

25   12,000 drain basin, which is a, roughly, one-hundred

1    million gallon discharge. The majority of that achieves

2    adequate treatment.

3         To the west, we have Evergreen-Farmington,

4    which has a hundred billion gallons per year

5    discharging. Again, all of that is currently untreated,

6    and in the Rouge Valley System, roughly 1.6 billion

7    gallons. City of Dearborn, about two billion gallons.

8    Again, none of that today is being treated.

9         What we have off to the east is the South

10   Macomb District with two basins, Martin and Chapton.

11   All of their flow is or achieves the adequate criteria,

12   all achieving treated criteria, and then we have the

13   Northeast Wayne County. The Mitting River basin is in

14   that area, roughly 570 million gallons per year.

15        What do we expect to happen once the immediate

16   improvements are in place, the major improvements at the

17   waste water plant and the basins, the Wet Weather

18   Demonstration Project? What you can see within the

19   City of Detroit is the overflows on an annual basis are

20   expected to decrease from roughly 21 billion gallons per

21   year down to something under 14 billion gallons per

22   year, roughly two-thirds of what they were previously,

23   and of that portion, roughly a fifth is going to be

24   adequately treated. So, the remainder, roughly a half

25   of what it was before, would be termed untreated

1   overflows in 1998. You can also see that there are

2   major decreases from Evergreen-Farmington. All of their

3   CSO's are going to be controlled as part of the Rouge

4   River Wet Weather Demonstration Project, and also you

5   can see the same performance within Southeast Oakland.

6   Within the Rouge Valley system, there are

7   decreases in the number of overflows because of

8   installation of free basins and also because of some

9   separation work, and within the City of Dearborn, there

10   are decreases because of the installation of the CSO

11   tunnel in that area.

12   Now, I talked a minute ago about the different

13   criteria, what we're looking at for control of the

14   system, and what I wanted to do was provide an estimate

15   for how much more storage would be required to achieve

16   the MDNR's basin design criteria. The areas that are

17   shown in red are existing in-plan basins. These are

18   basins that are planned as part of the Rouge River Wet

19   Weather Demonstration Project, or these are existing

20   basins that are already in place, and you can see them

21   scattered around the collection system.

22   In green, you can see the additional basins

23   that would be required to achieve their standard, and

24   their standard is complete capture of the one-year, one-

25   hour storm, the run off from the one-year, one-hour

1    storm, or 30 minutes of detention of a one-year,

2    ten-hour storm, and as you can see within the City of

3    Detroit, there are substantial increases in the storage

4    that would be required, up to somewhere around 950

5    million gallons of storage.

6             I wanted to take a look at a second standard

7    that had been used in the past.  It's called the Rouge

8    River Remedial Action Plan, and again, I've shown this

9    as the same scale as the previous slide.  The plant

10   facility shown in red, and you see that with this

11   Remedial Action Plan criteria, which is 15 minutes of

12   detention of a one-year, one-hour storm, we have

13   substantially less basin construction required, a total

14   of about something less than two million gallons of

15   storage within the City of Detroit.  This is the second

16   criteria.  I just wanted to show you the relative size

17   of the storage facilities that would be required to meet

18   these criteria.

19             Now, I want to present what the cost of

20   this -- what these different programs would be and how

21   well they would perform, and so I prepared a series of

22   graphs.  And what we've shown is just the capital cost,

23   in terms of millions of dollars to implement these

24   programs, and then I've shown in this case the annual

25   volume capture along the left-hand side.  So, what we

1   see in 1993 under current conditions, last year

2   conditions were capturing or adequately treating

3   something about 74 percent of the baseline through

4   planned improvements.

5        What we're expecting to have in place by 1998,

6   we expect the overall system capture to be increased to

7   something over 85 percent.  Again, there are some

8   districts that are above that and some that are below

9   that percent capture on an annual basis.  Based on the

10  MDNR basin size and criteria, we're up around 99.7

11  percent capture of the combined sewage flows generated

12  on an annual basis.  Again, that's roughly 2.6 billion

13  gallons for capital cost for that plan, and just for

14  your information, the annual cost of that is roughly 28

15  million dollars per year over a 20-year period.

16       Some other alternatives, the Rouge Remedial

17  Action Plan placed right here provides a capture of

18  roughly 96 percent.  So, the Remedial Action Plan, which

19  is this point, provides an annual capture of roughly 96

20  percent.  Again, the cost for that is roughly at about

21  600 million dollars total cost or about 67 million

22  dollars per year of a 20-year life.

23       The three other alternatives that we reviewed

24  primarily impacted the City of Detroit, and again, we

25  called them the Long West Arm, Short West Arm, and the

20

1    West Arm Tunnel, and again, they all fall roughly along

2    the line from the planned improvements to the Rouge

3    River Remedial Action Plan, and again, they're very

4    specifically focused on the west side portion of the

5    City of Detroit, and again, their costs, oh, roughly in

6    the range of 100 to 160 million dollars.

7         In terms of annual untreated or inadequately

8    treated overflows, I, in the next graph, showed the same

9    project, and then showed what the annual overflows or

10   untreated overflows would be.  First of all, a look at

11   the MDNR basin sizing criteria, and what you can see on

12   an annual basis, it's roughly -- compared with present

13   day conditions of roughly 26 billion gallons per year,

14   again up at that location.  The planned improvements are

15   going to reduce that again significantly again to about

16   14 billion gallons per year.

17        Now, the funding, we've showed that at zero

18   cost, because the funding sources for all these planned

19   improvements are already in place.  The Rouge River Wet

20   Weather Demonstration Project is already providing

21   funding through the State Revolving Fund, the pump

22   station DNR and the NIA already in place and funded.

23   You can see the capital cost for these west arm

24   alternatives and the decreases in overflows that will

25   result, and in the Rouge River Remedial Action Plan,

1  will result in roughly 3.7 billion gallons per year of

2  untreated or inadequately treated overflows at a cost of

3  again, 630 million dollars.

4        For comparison, what I wanted to do is take

5  the cost of these two major programs, which covers the

6  entire tributary area, and put that in terms of --

7  present that in terms of household costs, and what we

8  see certainly for the Clinton area and Macomb County,

9  which don't have any CSO basin requirements, they have

10  no costs.

11        In the City of Dearborn, roughly $500.00 per

12  household per year, and then some other costs, again,

13  Northeast Wayne at 300, Southeast Oakland at $170.00 per

14  year. The Rouge River -- or the Rouge Valley basic

15  criteria results in, of course, a much lower per

16  household cost. The City of Detroit under $100.00 per

17  household per year, the City of Dearborn at $55.00,

18  Northeast Wayne at $37.00, and Rouge Valley at about

19  $25.00 per household. Again, these are costs per

20  household over the entire area, and that includes both

21  sanitary and CSO households. That's the results, the

22  technical results of the project. Again, that's

23  outlined in a report that was submitted June -- or

24  prepared on June 30.

25        The conclusions that we've reached is that the

1    models have -- provide a valid estimate of both DWSD and

2    suburban overflows throughout the system.

3         Again, the technical representatives of both

4    the suburban areas and the City of Detroit have reviewed

5    these numbers in depth, and we feel that they provide a

6    good estimate.

7         The models themselves have been very effective

8    tools in evaluating the MDNR CSO policies to see what

9    they mean, in terms of costs and what they mean in terms

10   of annual overflows, and the understanding of the annual

11   discharges place the DWSD in a position of strength when

12   looking at future permit conditions.  I think knowledge

13   is always important to understand what the impact of the

14   different things are.

15        And finally, technical committee participation

16   has benefitted all parties.

17        Final recommendations are that there are a lot

18   of things going on within the river.  There's a lot of

19   separation and rehab work that's being done.  Those

20   updates to the system should be incorporated into future

21   updates of the model, and again, when these revisions

22   are made, system-wide alternatives that have already

23   been evaluated and new alternatives should by evaluated

24   using that new information.

25        Finally, the Technical Committee has been very

1    helpful in bridging the parties together and discussing

2    what the relative technical issues are, and that has

3    been very helpful in getting the results in a meaningful

4    format.   It's been very helpful in enlightening

5    everybody as to what the pertinent issues are.

6              Final -- Another recommendation is that the

7    system can be used -- the model system can be used to

8    evaluate and optimize the City of Detroit system,

9    collection system, and can be used to repair a CSO

10   master plan once some CSO program has developed, and

11   finally the results of the modeling process can be

12   incorporated into the collection control process.   I

13   think this is important that as time goes by, there

14   needs to be a tool to manage the control of the system

15   as rainfall occurs, runoff occurs, to try to minimize

16   these overflows from the system.

17             Finally, I'd like to just acknowledge the

18   people that have spent the last several years in the

19   process. Bob Horvath of Dearborn, Ken Bonin of Macomb

20   County, Joe Kozma and Jim Pistilli, Vyto Kaunelis and

21   Joe Goetz of Wayne County, Jonathon Bulkley from Federal

22   Court and Tom Kneuve and Margie Synk, among others, like

23   myself, who have been very honored to work on the

24   project.

25             And that's the presentation.   If you have any

24

1    questions, I'd been happy to answer them.

2         DR. BULKLEY:  Mr. TenBroek, would you

3    comment upon the -- your sense of the status of this

4    effort?   In particular, you made the point of going

5    from event models to continuous modeling.  Can you

6    characterize the professional sense of this modeling

7    effort?  Is it a routine effort?  Is it -- represent

8    some kind of leading edge, or how would you characterize

9    that status of the model?

10        MR. TENBROEK:  Very frequently event

11   models have been used in the past to evaluate specific

12   problems within systems.  With new policies coming into

13   effect with CSO control, continuous modeling is becoming

14   more and more important and more and more the vehicle to

15   do those analyses.  I feel that the program that has

16   been put together is very leading edge-based on my

17   understanding of other models throughout the country.

18   Continuous modeling is a very leading edge and is

19   providing a very good tool to understanding what the

20   overflows are on an annual basis.

21        DR. BULKLEY:  Also, I had two other

22   questions.  Could you indicate what the impact, as you

23   understand it to be, of decanting?  You used the term

24   decanting of basins is or is not permitted.  I gathered

25   from your presentation that your analysis provided for

1    decanting.  If that process is not permitted, does the

2    model, or your understanding -- do you have an

3    understanding of what the likely impact would be on

4    other parts of the collection system or treatment

5    system?

6            MR. TENBROEK:  Decanting has a very large

7    effect on the waste water treatment plant.  As it is

8    right now, the waste water treatment plant has some

9    difficulties managing some of the large wet weather

10   flows that occur there.  The more storage that's

11   provided within the collection system, the more of an

12   impact it has on the waste water treatment plant.

13           Our analysis has shown that under the MDNR

14   criteria, we would move through periods of time

15   exceeding a month on an annual basis.  That's currently

16   not what they're used to providing treatment for.  It

17   would provide a very large burden on the operation of

18   that facility, and would have to be thought through very

19   carefully if decanting were not allowed.

20           DR. BULKLEY:  Finally, Mr. TenBroek, can

21   you speak to the role of clarification made by the Rouge

22   River Demonstration Project?  And just so everyone is

23   clear, on how that information is gathered from those

24   demonstration projects and can be utilized to sharpen

25   our understanding of the system as a whole or what needs

1    to be done as a whole?

2              MR. TENBROEK:  As I stated early on, one

3    of our assumptions was that if 30 minutes of hydraulic

4    detention of water is in a basin for 30 minutes, it's

5    going to be adequately treated, to answer the question

6    of how much detention is really required, so we don't

7    provide negative impacts to the Rouge River.

8              For example, when those basins are completed,

9    when the study has been done on the effectiveness of

10   those facilities, I think a more -- a better estimate of

11   what adequate treatment really means can be made.  For

12   now, 30 minutes is probably a good estimate, and it is

13   adequate for the work that we're doing, because we're

14   comparing different alternatives, but I think the

15   results of the Rouge River Demonstration are really

16   needed to address the adequate treatment from the

17   system.

18              DR. BULKLEY:  Thank you, Mr. TenBroek.

19   Your Honor, I have no further questions.

20              THE COURT:  Are there any questions from

21   any of you?  Yes?

22              MR. COON:  Mr. George W. Coon, Oakland

23   County Drain Commissioner.  I just want to get up on

24   speed of the great process that is made in the treatment

25   plant.  As I recall earlier, Judge Feikens and

1   Dr. Bulkley had inquired about this, and it was 47

2   million gallons per day sanitary sewage coming through

3   the treatment plant.

4        As I recall editorials in the Free Press,

5   which singled Detroit out as the largest polluter in the

6   nation, 450 million gallons is going directly into the

7   river.  Primary and secondary, that number has graduated

8   up around 800 million gallons per day today.

9        Now, just reviewing the bidding, are we at

10  total treatment of the whole 800 million gallons a day,

11  or can Detroit indicate how much, if any raw sewage is

12  being bumped into the Detroit River?  Because those were

13  the days that EPA singled out Detroit as the single

14  largest polluter in Michigan, and, of course, your Honor

15  took receivership control, and we made vast improvements

16  to the system.

17       So, I just wonder what the condition is on

18  total treatment of all the sanitary flow and the numbers

19  that are going on today.

20       MR. FIGITA:  At this time, the Detroit

21  Waste Water Treatment Plant has full treatment to flows

22  up to 859 million gallons a day.  I'm not sure if EPA

23  did characterize Detroit back in the '70's as being the

24  largest polluter in the nation, but when you put 1.2

25  billion gallons of flow into one single-sided plant, I'm

1   not sure we would dispute that, when you put all that

2   sewage into one plant.

3           So, but we do have at this point in time

4   primary treatment capacity up to about 1.5 billion

5   gallons per day and full treatment of 859.  I'm not sure

6   if I answered Mr. Coon's question?

7           MR. COON:  Just tell me how many -- Is

8   there any numbers that you know of that are going

9   directly into the river?  What's the history of the

10  past?  And I'll FAX you editorials from the 1970's that

11  say what I'm asking the question on and some headlines

12  that say about EPA singling out Detroit as the largest,

13  but whether they were or not, I don't know.

14          MR. TENBROEK:  Well, the only information

15  or data that we have regarding the volume of CSO's from

16  the Detroit system is based strictly on the model, the

17  annual average estimate for combined sewer overflows.

18  It is anticipated in the next few years that Detroit

19  will have the facility to monitor CSO's from all of

20  its -- most of, if not all of its 67 CSO's, through

21  instruments under PC6F3.

22          THE COURT:  Would you comment on that,

23  too, on the question that Mr. Coon raised?

24          MR. TENBROEK:  Yes.  It's certainly my

25  understanding, Mr. Coon, that the -- to the best of my

1   knowledge, that the Detroit Waste Water Treatment Plant

2   is in full compliance with both wear emissions and water

3   emissions, and has been in such compliance for some

4   period of time, and what we're not focusing on are these

5   overflows which reach receiving waters before the flows

6   actually reach the waste water treatment plant.

7          It's my understanding that flows which reach

8   the waste water treatment plant, any flow up to 859

9   million gallons a day receives full, primary and

10  secondary treatment, and those flows in excess of 859

11  million gallons a day which reach the treatment plant up

12  to a flow between 1.2 and 1.5 billion gallons a day

13  receive primary treatment, and then disinfection prior

14  to discharge to the Detroit River.

15         So, in my professional opinion, the treatment

16  plant is performing as designed and in compliance with

17  all Federal and State Regulations that are in place at

18  the present time.

19              THE COURT:  Any other questions?

20              MR. COON:  I appreciate that, because

21  that's the effort that's been made through this Court,

22  your Honor, since about 1977, that updating analysis,

23  and I know we had a long way to go on the CSO.

24              THE COURT:  Well, I don't know whether or

25  not you are giving me a lead line into tooting a horn

1   here or not, but I'll take the opportunity nonetheless,

2   and that is if there's anything that the City of Detroit

3   can brag about more than the accomplishment of the

4   Detroit Water and Treatment System in the last decade, I

5   don't know what it is.

6        I often thought that Mayor Young should have

7   been more optimistic about his statements with regard to

8   what the treatment plant was really doing, but he kept a

9   low profile on that.  I think it is a remarkable story

10   and accomplishment of this waste water treatment system.

11        Any other questions?

12        MR. LOWE:  Good morning.  My name is

13   Ronald Lowe.  I appear on behalf of the City of

14   Plymouth.  By way of background, the City of Plymouth is

15   totally surrounded by the township of Plymouth, and

16   there's been some combined sewer flow through the city.

17   It's my understanding that because Plymouth Township is

18   contracted with Ypsilanti waste water, that we are

19   separating the system so that we'll no longer be a

20   combined flow through the City of Plymouth with Plymouth

21   Township.  And the metering that we've put in, it's my

22   understanding that the City of Plymouth will not exceed

23   its contracted flow, permitted flow of sewage, and I

24   guess what I'm asking here at this point is, is there --

25   will the City of Plymouth be exempted from having to pay

1    for any of these additional costs, because it will be in

2    a position to only providing a flow that is contracted

3    for and paid for?

4              MR. TENBROEK:  I don't think the results

5    of this study had even thought to address who pays for

6    what, only to provide broad ranges of what these

7    alternatives are going to cost.  It says nothing about

8    how those costs might be distributed through the

9    different communities, if they were to be provided.

10             MR. LOWE:  But your study does allocate

11   the cost across my households at the present time.

12             MR. TENBROEK:  The only intent is to show

13   relative cost by districts to provide CSO control.  In

14   fact, Plymouth Township would remove their CSO flows,

15   and depending on how costs are allocated, may not have

16   to pay anything whatsoever.  It may be allocated to only

17   those CSO customers that are involved.  I do not know

18   that.

19             MR. LOWE:  Do we have any idea when we

20   might by getting to address a question like that?

21             DR. BULKLEY:  I think the results of this

22   Rouge River Demonstration Project are of critical

23   importance to know how we're going to proceed, in terms

24   of the technical capabilities, to handle combined sewer

25   overflows throughout the combined basins and throughout

1    the service areas.

2            So, from my view, that information will become

3    available when we know the results the National Wet

4    Weather Demonstration projects, and are able to proceed

5    with the corrections needed to correct whatever the

6    national and state policies are for wet weather

7    conditions.

8            MR. LOWE:  Well, let's take a

9    hypothetical.  In your view, if the City of Plymouth can

10   demonstrate it's not exceeding its contracted gross

11   rate, will the City of Plymouth by exempted from paying

12   any additional costs from this?

13           DR. BULKLEY:  I tend to feel I should not

14   speculate about that issue.  I'd rather wait until we

15   have the facts before us, and then deal with the

16   concrete information as it's available.  That would be

17   my response, sir.

18           MR. LOWE:  Okay.  Thank you.

19           THE COURT:  Would there not be -- Would

20   there not be a question as to whether or not the people

21   that you're referring to receive a special benefit, as

22   that special benefit is defined in Michigan Law, to

23   determine whether or not they should make any payment?

24           MR. LOWE:  Perhaps the Court can

25   enlighten me as to the special benefit that they will be

1   receiving.

2                    THE COURT:  I'll be glad to send you a

3   copy of an opinion that just came out in the case of a

4   suit by several taxpayers, Mr. Coon, in your area.  That

5   township again was what?

6                    MR. COON:  Bloomfield Township.

7                    THE COURT:  Pardon?

8                    MR. COON:  It was Bloomfield Township.

9   SAD, special assistant district.

10                   THE COURT:  A number of taxpayers in the

11  Bloomfield Township took the position that they were

12  receiving no special benefit of a determination of a

13  basin that serviced that area would provide, so far as

14  they were concerned.

15                   I held otherwise under the facts that were

16  developed in that case, and held that there was a

17  special benefit.  Of course, beyond that, it's the

18  question of portionality that has to be decided by

19  either the tax tribunal or perhaps the Circuit Court,

20  because even though there is a special benefit that

21  householders may have in a township such as Bloomfield,

22  in relationship to other benefits that are given to

23  other residents of that township, because of a higher

24  need for the basin as it applies to them, the

25  portionality, the law would require perhaps a lesser

34

1     assessment.

2            You're asking a question that seems to me that

3 can only be decided after the facts have been developed.

4 You say -- This is hypothetical, this question you're

5 asking; is it not?

6            MR. LOWE:  The question I presented to --

7 Yes, but the situation is, your Honor, it has been my

8 understanding from the people -- the administration in

9 the City of Plymouth that we haven't exceeded flows.

10 The metering and particularly this division with

11 Plymouth Township, we hope to demonstrate conclusively

12 with the meter flows that we have not exceeded the flows

13 that we've contracted for and paid for.

14            THE COURT:  Well, it may be quite

15 significant as a fact.

16            MR. LOWE:  But we can cross the bridge

17 when we need to, but I would like to see your opinion,

18 your Honor, because that would help me prepare down the

19 line.

20            THE COURT:  If you'll leave your name and

21 address with the clerk in chambers, I'll be glad to send

22 that out.

23            Any other comments?  Mr. Henshen?

24            MR. HENSHEN:  Good morning.  Richard

25 Henshen, consultant for the City of Detroit.  One, I

1    think a key item that I think hasn't emerged in the

2    presentation that I just wanted to bring to your

3    attention, your Honor, is the application of this model

4    as we move forward.

5         As you know, we had an extensive dispute in

6    the last round of permitting as to what capital

7    improvements were and how fast they needed to be built.

8    Setting that dispute aside, while we engaged in short-

9    term instruction of the immediate improvements, and I

10   think as Mr. TenBroek has shown to us, immediate

11   improvements will result in a quantum jump in capture

12   and treatment, and the question that is still on the

13   table is how much beyond the tables should we go, and

14   how much will it cost?

15        One of the key reasons for spending the time

16   and the money, from my perspective, has been that we do

17   have a July 1, '96 deadline in the permit that has been

18   agreed to for preparation of the long-term CSO plan,

19   which will be the road map for what goes on beyond the

20   short-term improvements that are factored into the

21   model, and I think, as you can see from the cost curves,

22   there's a diminishing return, as you can expect, in

23   terms of what you pay and what you get, and I think what

24   we are about to engage in using the model as a pivotal

25   tool to select a point on that curve or perhaps a set of

1    points for various subareas that will add up to a

2    long-term CSO plan that the system can afford and will

3    give us the maximum amount of capture and protection.

4             I think what's clear from the model results is

5    that there's a wide range, both of cost and performance,

6    and as we set the stage for that planning, we need to

7    keep in mind the issues that have been raised about

8    distribution allocations cost and so on and so forth,

9    but the big question will be what additional caps will

10   be taken, and the model will give us the right

11   ingredients to select the capital improvements.

12            THE COURT:  Well, so much of what's

13   contained in this study is based, in my opinion, on the

14   leadership that's being given by the entire district to

15   the development of this, so that the regulatory agencies

16   can be educated, as all of the rest of us, into what the

17   problems and costs are.  I think that's significant.  I

18   would think that both the MDNR and the EPA ought to find

19   a great source of helpful information in this study and

20   in the projections in determining how together we can go

21   forward in this project.

22            MR. HENSHEN:  I think both agencies have

23   exhibited a keen interest in its development and

24   application.

25            THE COURT:  But my hat's off to the

1    system that gave birth to this idea.

2                    Any other questions or comments?  Doctor?

3                        DR. BULKLEY:  Your Honor, I would really

4    like to acknowledge for the record the efforts made by

5    the City and all of the regulatory agencies, the

6    communities, the leadership provided why Camp, Dresser,

7    particularly Mr. TenBroek.  Without that leadership and

8    cooperation, we'd never get accomplished what has been

9    accomplished, and I think they all deserve to be

10   recognized.

11                       THE COURT:  Let me ask a question that

12   perhaps is apart from and not focused on -- in the

13   studies in the hydraulic model, but it seems to me that

14   there is certainly a strong argument that can be made

15   that in the attack on combined sewer overflow, the

16   solution that seems to be preferred is the detention

17   basin solution, rather than the separated sewer

18   solution.

19                   For example, it would be completely

20   unrealistic to think that the City of Detroit could go

21   into a separated sewer system at this stage, but with

22   regard to the other communities in the system, direction

23   certainly is in the way of detention basins; is it not,

24   rather than through --

25                       DR. BULKLEY:  I think their examples,

1  that, that question is addressed on a case-by-case

2  basis, and we have some examples in the National Wet

3  Weather Demonstration Project where sewer separation is

4  the preferred alternative.  It depends upon the

5  engineering conditions that are found at the specific

6  site.  So, there are examples of separation that is

7  being implemented.

8              THE COURT:  Now, will the continuing

9  studies reflect that?

10             MR. TENBROEK:  I think that we've looked

11  at some general criteria, design criteria, and in

12  general, basins are most cost-effective, especially

13  where large areas are concerned.  Many of the

14  separations in Wayne County or for smaller areas where

15  it may have been partially separated, and then it may be

16  cost-effective.

17             The other side of the issue is that once you

18  separate, you still have to deal with storm water, and

19  there are storm water regulations that have to be met or

20  will have to be met in the future.  So, one way or the

21  other, the runoff water has to be dealt with, separation

22  and the costs for that.

23             THE COURT:  As Dr. Bulkley suggests, on a

24  case-by-case approach?

25             MR. TENBROEK:  Well, I think the planning

1    efforts so far have been more master planning.  I think

2    when you get to detail, you can look at that more

3    closely.  At a higher level like this, when we're

4    talking 260 square miles of CSO, we'd probably have to

5    focus on all basins versus all separations, and if

6    they're most cost-effective in design, that's probably

7    what will be done in this case.

8                THE COURT:  Will this hydraulic model

9    study on a continuing basis point in any way to the

10   advisability of dealing with these problems on a water

11   shed basis?

12               DR. BULKLEY:  In my view, the work in the

13   Rouge water shed provides such an opportunity, and that

14   is under act and consideration at the present time.  I

15   think there are many advantages to thinking about a

16   water shed approach, treating the entire water shed as a

17   system, and in my view, this model, while it extends

18   beyond the Rouge water shed, still can help serve that

19   function, your Honor.

20               THE COURT:  I'm interested.  Are there

21   any -- Are there any persons here who have any thoughts

22   with regard to the ultimate approach to the solution of

23   these overall problems on a water shed basin -- basis?

24   Not a basin, on a water shed basis?  That continues to

25   be the tantalizing idea in the handling of the River

40

1    Rouge Wet Demonstration Project, and that is ultimately

2    the River Rouge water shed will be the entity which --

3    through which the permits can by developed and through

4    which the solutions to these wet weather flows can be

5    accomplished?  Do you have any comment on that?

6                    MR. MURRAY:  Your Honor, my name is James

7    Murray, Wayne County.  You've asked a couple of

8    questions on the advisability of separation over

9    detention.

10                   Some communities -- it's just obvious that

11   you're not going to separate some communities or flows

12   really in light of some public sentiment that how can

13   you do anything other than separate.  The project that

14   is currently being performed under the national

15   demonstration project and that have State and Federal

16   permits will answer that question or make more definite

17   what is the trade-off between separation and the storm

18   water impact that you're going to have to deal with in

19   the river.

20                   Wayne County has indicated if we were to

21   follow the one extreme proposal that MDNR had said is

22   the presumptive fix on CSO and spend a lot of money

23   according to the MDNR model, that the actual increase in

24   the use of the Rouge River would -- in my estimation,

25   wouldn't increase several seconds, if at all, because no

1    points source have been demonstrated to be a continuing

2    problem evidenced by the Lake St. Claire problems that

3    we're having right now.

4          So, the national demonstration project is an

5    attempt to quantify what are the storm water and CSO

6    choices and how do we maximize those choices, and also

7    the Great Lakes water shed that we're putting these in.

8          So, that information should be -- will be in

9    the -- will be a part, in my estimation, for the

10   regulatory body to move ahead, and we, as citizens, will

11   have to address, and we're doing that in a comprehensive

12   way.

13         I think what Detroit has done with this model

14   is a monument on how we make these kinds of choices, and

15   the Rouge River has picked up that and extended it to

16   the whole valley, and those range of choices that are in

17   that range control option.  There are a lot of citizens

18   that we are dealing with that say you ought to just

19   separate.  We just know that if you take sanitary sewage

20   and remove the storm water from it or vice-versa, you

21   can see that, that has a huge cost to do that

22   mechanically, and there might not be any improvements,

23   and the receiving water could be far less desirous than

24   if you left it combined.

25         To give you one estimate of that, on Milk

1    River, we had a small rural detention basin in a

2    combined sewer area, a small detention basin, three to

3    five minutes it would overflow.  It has no disinfection

4    at all.  We have made half the improvement.  We went

5    from hundred four million gallons at Milk River.  We're

6    going to 18 million gallons of storage treatment.  We've

7    have finished the first tank, which is about 14 million

8    dollars.  That tank, in its operation, before be we can

9    get the other one done, has reduced our overflow from

10   six to eight a year down to two.  We were modeling a

11   greater discharge than just two for this period of time

12   that we're in, but only through August essentially or

13   almost through August.

14          So, when we finish that project, we're

15   estimating that we can get ten to twelve treatments over

16   the year.  That treatment has to meet water standards

17   for discharge, and if we had separated, instead of

18   spending 230 million, we would have spent 90 million.

19   We would have gone into lengthy contracts with Detroit

20   about increased flows to Detroit, and then had have to

21   deal with the storm water that would continue to go in

22   to Milk River that would be contaminated.

23          So, we think that the community has made a

24   very wise choice, and we're evidencing the choices that

25   we've made.

43

1          So in that, your Honor, I think that it is

2    wise for us all to learn the facts before we come to any

3    conclusions about the best choices and how we're going

4    to pay for them.   Thank you.

5               THE COURT:   Thank you.   Anyone else?

6    Dr. Bulkley, you perhaps?

7               DR. BULKLEY:   No, your Honor.

8               THE COURT:   All right.   Then we'll stand

9    in recess.

10                    (Proceedings concluded at

11                     10:15 a.m.)

12               - - -

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE OF MICHIGAN   )
                    )     ss
COUNTY OF OAKLAND   )


I do hereby certify that I have recorded

stenographically the proceedings had and testimony taken

in the above entitled matter at the time and place

hereinbefore set forth, and that the foregoing is a

full, true and correct transcript of proceedings had in

the above entitled matter; and I do further certify that

the foregoing transcript has been prepared by me or

under my direction.



SHAUN M. QUINN
CSR-4252, New Century Court Reporting
Notary Public, Oakland County, Michigan

My Commission Expires:
August 18, 1998