NOTICE OF  STATUS REPORT TO COURT RE: GDRSS          D.C. Form No. 18 (Rev. Sept. 1953)

MODEL FOR GREATER DETROIT SERVICE AREA

# United States District Court
## FOR THE
### EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

STATE OF MICHIGAN

No. 77-71100



FILED
APR 30  3 14 PM '96
U.S. DISTRICT COURT
EAST. DIST. MICH.
DETROIT

**TAKE NOTICE** that the above-entitled case has been set for STATUS REPORT at 2:00 p.m., on MAY 10, 1996, at the courtroom of the Honorable John Feikens, Room 858, 231 W. Lafayette, Detroit, MI.

Date April 29, 1996

JOHN P. MAYER, *Clerk.*

By  CAROL J. COHRON  *Deputy Clerk.*
234-5127

To: Technical Task Force

Counsel of record

Charles Moon

Dr. Jonathan Bulkley