UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff and Counter-Defendant,

and

THE WAYNE COUNTY DEPARTMENT OF HEALTH,
AIR POLLUTION CONTROL DIVISION,

    Plaintiff,

v.

THE STATE OF MICHIGAN,

    Defendant, Counter-Plaintiff and
    Cross-Plaintiff,

v.

THE CITY OF DETROIT, a municipal
corporation, and THE DETROIT WATER
AND SEWERAGE DEPARTMENT,

    Defendants and Cross-Defendants,

v.

ALL COMMUNITIES AND AGENCIES UNDER
CONTRACT WITH THE CITY OF DETROIT FOR
SEWAGE TREATMENT SERVICES,

v.

THE DETROIT AREA LAUNDRY POLLUTION
CONTROL GROUP, a voluntary, non-profit,
unincorporated association, AND
ITS MEMBERS,

v.

THE FOOD AND ALLIED INDUSTRIES
COMMITTEE OF METROPOLITAN DETROIT,
a voluntary non-profit, unincorporated
association, AND ITS MEMBERS,

    Intervening Rate Challengers.

Civil Action No.
77-71100
Hon. John Feikens

**WTUA'S LIST OF QUESTIONS
CONCERNING THE
DEVELOPMENT OF A
WATERSHED ENTITY FOR
THE ROUGE RIVER**



# WTUA'S LIST OF QUESTIONS CONCERNING THE DEVELOPMENT OF A WATERSHED ENTITY FOR THE ROUGE RIVER

Western Townships Utilities Authority ("WTUA") provides the following list of questions concerning the proposed plan of action for the development of a watershed entity for the Rouge River in Wayne, Oakland, and Washtenaw Counties:

### A. CONCERNS ABOUT CHAPTER 21 PETITION PROCESS:

1. What would be the initial scope of the original Petition under Chapter 21?

2. Will the Petition be limited to matters of monitoring, modeling, planning, and certain improvement activities, such as the removal of debris, log jams, and bank stabilization?

3. What would be the duration of the initial Petition activities?

4. What would be the cost?

### B. CONCERNS ABOUT REPRESENTATIVE COMMITTEE:

1. What will the representative committee be authorized to do?

2. What decisions would the committee make?

3. Can the committee veto actions taken by the board or augmented board? What will be the relationship between the committee or any board?

4. What amount of participation or representation on the committee would be given to each public corporation?

5. Why use Chapter 22 representation formula?

6. Who will select the representatives?

### C. DISTRIBUTION OF COSTS:

1. How will costs be distributed under any proposed Petition?

2. What is meant by a proportionate share?

3. What is meant by a benefit?

2

  4. How does any benefit accrue to the community?

  5. Will costs be distributed solely on the amount of land mass in a basin?

  6. Will costs be distributed based on water usage or population?

  7. Will it be based on actual impact or contribution to conditions in the basin?

  8. What factors determine what an impact or contribution is? Or when it occurs?

D. APPEAL PROCESS:

  1. What procedures exist to object to a proposed apportionment?

  2. Can an apportionment be challenged in or reviewed by a court?

  3. What would be the standard and scope of review for considering any appeal or objection?

E. LEGISLATIVE SOLUTION:

Why not try a legislative solution for nonpoint pollution that creates a new watershed entity, avoids Headlee issues, and assures fair representation and direct taxing authority without assessments or apportionments against public corporations?

F. CLEANUP GOALS

  1. What are the objectives of the watershed entity?

  2. What performance goals are intended?

  3. What cleanup goals are intended?

  4. What is the basis or authority of those goals?

  5. How do the current conditions compare with those goals?

  6. How do we obtain report on conditions?

Respectfully submitted,

FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Western Townships Utilities Authority

Dated: May 6, 1996          By: _____
                                James M. Alexander (P23289)
                                Charles A. Barbieri (P31793)
                                Stephen J. Rhodes (P40112)

S:\156\WTUA\Q

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff and Counter-Defendant,

and

THE WAYNE COUNTY DEPARTMENT OF HEALTH,
AIR POLLUTION CONTROL DIVISION,

    Plaintiff,

v.

THE STATE OF MICHIGAN,

    Defendant, Counter-Plaintiff and
    Cross-Plaintiff,

v.

THE CITY OF DETROIT, a municipal
corporation, and THE DETROIT WATER
AND SEWERAGE DEPARTMENT,

    Defendants and Cross-Defendants,

v.

ALL COMMUNITIES AND AGENCIES UNDER
CONTRACT WITH THE CITY OF DETROIT FOR
SEWAGE TREATMENT SERVICES,

v.

THE DETROIT AREA LAUNDRY POLLUTION
CONTROL GROUP, a voluntary, non-profit,
unincorporated association, AND
ITS MEMBERS,

v.

THE FOOD AND ALLIED INDUSTRIES
COMMITTEE OF METROPOLITAN DETROIT,
a voluntary non-profit, unincorporated
association, AND ITS MEMBERS,

    Intervening Rate Challengers.

Civil Action No.
77-71100
Hon. John Feikens

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

On this 14th day of May, 1996, I served copies of WTUA's List of Questions Concerning the Development of a Watershed Entity for the Rouge River and this proof of service upon all persons listed on the attached service list by mailing same via first class mail to their respective addresses.

I declare that the above statements are true to the best of my information, knowledge and belief.

_____
Candace J. Acker

s:\156\wtua\proof

## SERVICE LIST

Thomas A. Mariani, Jr.
U.S. Department of Justice
Environmental & Natural Resource Div.
Environmental Enforcement Section
Benjamin Franklin Station
P.O. Box 7611
Washington, D.C.  20044-7307

John C. Scherbarth
Assistant Attorney General
Environmental Protection Div.
Knapps Center, Ste 930
300 S. Washington Square
Lansing, MI  48933

Court Monitor
Jonathan W. Bulkley, P.E.
1915 Scottwood
Ann Arbor, MI  48104

Court Appointee Re: Rule 706
Charles R. Moon
Dickinson, Wright, Moon,
  Van Dusen & Freeman, P.C.
500 Woodward Ave, Ste 4000
Detroit, MI  48226

Susan Perdonna
Office of Regional Counsel
Region V
Environmental Protection Agency
77 West Jackson
Chicago, IL  60604

Peter Caplan
Assistant U.S. Attorney
Chief, Civil Division
Office of the U.S. Attorney
211 West Fort, Ste 2300
Detroit, MI  48226

U.S. Department of Justice
Environment & Natural Resources Div.
Special Litigation Counsel
601 Pennsylvania Ave NW, Rm 854
Washington, D.C.  20004

Tim Howlett
Dickinson, Wright, Moon,
  Van Dusen & Freeman, P.C.
800 First National Building
Detroit, MI  48226

James A. Smith
Bodman, Longley & Dahling
100 Renaissance Center
Suite 3400
Detroit, MI  48243

John P. Williams
Butzel, Long, Bust,
  Klein & Van Zile
150 W. Jefferson
Suite 900
Detroit, MI  48226

Philip G. Tannian
615 Griswold, Ste 1520
Detroit, MI  48226

Richard E. Hinks
Fildew, Hinks, Gilbride,
  Miller & Todd, P.C.
3600 Penobscot Building
Detroit, MI  48226

George Kircos
Ford Motor Co. World Headquarters
One Parkland Blvd., Suite 728
Parklane Tower East
Dearborn, MI  48126-2493

Avery K. Williams
Cooper, Fink & Zausmer, P.C.
31700 Middlebelt, Suite 150
Farmington Hills, MI  48334

Richard M. McClear
Dykema Gossett, P.C.
400 Renaissance Center, 35th Floor
Detroit, MI  48243-1504

William P. Hampton
John M. Donohue
Kohl, Secrest, Wardle, Lynch,
  Clark & Hampton, P.C.
30903 Northwestern Highway
P.O. Box 3040
Farmington Hills, MI 48333-3040

William M. Misterovich
115 South Groesbeck
Mt. Clemens, MI 48043

Darryl F. Alexander
Assistant Corporation Counsel
City of Detroit Law Department
Water & Sewerage Division
1010 City-County Building
Detroit, MI 48226

Karl R. Bennett, Jr.
Stringari, Fritz, Kreger, Ahearn,
  Bennett & Hunsinger, P.C.
650 First National Building
Detroit, MI 48226

Peter J. Kelley
Kelley & Cramer, P.C.
206 S. Fifth Ave., 4th Floor
Ann Arbor, MI 49104-2216

Beth Gotthelf
Honigman, Miller, Schwartz &
  Cohn, P.C.
2290 First National Building
Detroit, MI 48226

Kenneth D. Kruse
Pagnucco, Kruse & Tamsen, P.C.
7000 Roosevelt Ave., Ste. 100
Allen Park, MI 48101-2566

Pamela G. Shea
Beier, Howlett, Ternan, Devine,
  Jones, Shea & Hafeli, P.C.
200 East Long Lake Road, Ste. 110
Bloomfield Hills, MI 48304-2361

C. Gerald Hemming
Law, Hemming, Essad & Palaczyk, P.C.
215 W. Ann Arbor Road, 3rd Floor
Plymouth, MI 48170-2251

Leonard A. Krazyzaniak, Jr.
Vandeveer & Garzia, P.C.
333 West Fort Street, Ste. 1600
Detroit, MI 48226

Adam J. Dadaou
Attorney at Law
27228 Michigan
Inkster, MI 48141

Milton Spokojny
Attorney at Law
30955 Northwestern Highway, Ste. 200
Farmington Hills, MI 48018-5627

Harry C. Tatigian
Attorney at Law
33000 Civic Center Drive
Livonia, MI 48154

R. W. Lowe
Lowe & LeWandowski, P.C.
905 W. Ann Arbor Trail
Plymouth, MI 48170

Owen J. Cummings
Cummings, McClorey, Davis & Acho, P.C.
33900 Schoolcraft
Livonia, MI 48150-1392

Patrick B. McCauley
Sommers, Schwartz, Silver
  & Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Richard S. Clark
Millar, Weinberg, Necker, Johnson
  Clark & Ryan, P.C.
3151 S. Wayne Road
Wayne, MI 48184

Charles Brian James
Central Wayne Co. Sanitation Authority
298 S. Main St.
Plymouth, MI 48170

Mark Van Putten
National Wildlife Federation
Great Lakes Natural Resource Center
802 Monroe
Ann Arbor, MI  48104

Office of Corporation Counsel
Attorney for City of Dearborn
13615 Michigan Avenue
Dearborn, MI  48126

~~Kurt Heise~~
~~Attorneys for City of Dearborn Heights~~
~~Berry, Francis, Seifman, Salamey & Harris~~
~~14650 W. Warren Avenue~~
~~Dearborn, MI  48126~~

Stephen J. Hitchcock
Cox, Hodgman & Giarmarco
5th Floor Columbia Center
201 W Big Beaver Road
Troy, MI  48084

Ronald Mack
Attorney for Garden City
608 N. Wayne Road
Westland, MI  48185

Margaret Synk
Roy Schrameck
Michigan Dept. of Environmental Quality
Surface Water Division
38980 W. 7 Mile Road
Livonia, MI  48152

Bob Miller, Chief
Fred Cowles
Michigan Dept. of Environmental Quality
Surface Water Division
Knapps Center
300 S. Washington Square
Lansing, MI 48933

Members of Appointed Committee:

James Murray
Wayne County Dept. of Environment
415 Clifford
Detroit, MI  48226

Janis Bobrin
Washtenaw County Drain Commission
110 North 4th Street
Ann Arbor, MI  48107

Stephen Gorden
Detroit Water and Sewerage Dept.
735 Randolph
Detroit, MI  48226

George Kuhn
Oakland County Drain Commission
1 Public Works
Waterford Twp, MI  48328

5