NOTICE OF  MEETING OF THE WATERSHED TASK FORCE           D.C. Form No. 18 (Rev. Sept. 1953)

# United States District Court
## FOR THE
### EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

  v.

CITY OF DETROIT

No. 77-71100



**TAKE NOTICE** that the above-entitled case has been set for A MEETING at 10:00 a.m., on JUNE 18, 1996, at the courtrom of the Honorable John Feikens, Room 858, 231 W. Lafayette, Detroit, MI.

Date  June 10, 1996

JOHN P. MAYER
*Clerk.*

By CAROL J. COHRON  *Deputy Clerk.*
234-5127

To : All Counsel of Record
     All Clerks of Record
     Dr. Jonathan Bulkley
     Mr. Charles Moon