UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff and Counter-Defendant,

vs.                                                                               Civil Action No. 77-71100
                                                                               Honorable John Feikens

STATE OF MICHIGAN,

    Defendant and Cross-Plaintiff
    And Cross-Defendant,

vs.

CITY OF DETROIT, a municipal corporation, and
DETROIT WATER AND SEWERAGE DEPARTMENT,

    Defendant and Cross-Plaintiff,

vs.

ALL COMMUNITIES AND AGENCIES UNDER
CONTRACT WITH THE CITY OF DETROIT FOR
SEWAGE TREATMENT SERVICES,

*et al.*

---

### MEMORANDUM OPINION REGARDING MERCADO CONTRACT REQUEST

    Before me is a request from Mayor Kilpatrick that I approve a contract of hire for Victor Mercado as director of the Detroit Water and Sewerage Department, extending his appointment through 2009, the end of Mayor Kilpatrick's term.

    Since that request was made, the Board of Water Commissioners approved of the contract extension through 2009, but not the request for a $10,000 salary increase. With that approval, no further action by this Court is necessary. See Detroit City Charter § 7-1501. Thus,

the objections filed are moot.

Date:  March 27, 2006              s/John Feikens
                                   United States District Judge

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on March 27, 2006, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager