UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

2006 DEC 28 P 2: 30

UNITED STATES OF AMERICA,

    Plaintiff and Counter-Defendant,

vs.

    Civil Action No. 77-71100
    Honorable John Feikens

STATE OF MICHIGAN,

    Defendant and Cross-Plaintiff
    And Cross-Defendant,

vs.

CITY OF DETROIT, a municipal corporation, and
DETROIT WATER AND SEWERAGE DEPARTMENT,

    Defendant and Cross-Plaintiff,

vs.

ALL COMMUNITIES AND AGENCIES UNDER
CONTRACT WITH THE CITY OF DETROIT FOR
SEWAGE TREATMENT SERVICES, *et al.*

## OPINION AND ORDER ADOPTING REPORT OF SPECIAL MASTER AS TO TWO CONTRACTS

On February 22, 2006, the Special Master released his report and recommendation regarding allegations of impropriety on several contracts. I have previously adopted his finding of improper allocation as to the 800 mhz radio contract. The other two contracts involved a security system contract and a public relations contract. Five parties filed responses or objections to the Special Master's report: the Detroit Water and Sewerage Department (DWSD), Western Townships Utilities Authority (WTUA), Wayne County, Oakland County, and Macomb County. These responses were either silent as to any specific objections or either explicitly stated a lack of objections to the portions of report regarding the security system contract and the public relations contract. As the time has now passed for any objections to be made, and this Court has before it no specific objections as to the Special Master's report regarding these two contracts, I ADOPT

the report of the Special Master as to both the security systems contract and the public relations contract. **IT IS SO ORDERED.**

                                              */s/ John Feikens*
                                              John Feikens
                                              United States District Judge

Date: Dec 28, 2006