## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA, ET AL,**         **CASE NO. 77-71100**

       **Plaintiffs,**

**V.**

**CITY OF DETROIT, ET AL,**

       **Defendants.**
_____/

## NOTICE OF SUBMISSION

In compliance with Section IID.4 of the Second Amended Consent Judgment, this chambers has received the Feb. 1, 2010 "Update to DWSD's Plan for Long Term Measures to Ensure Compliance with Permit Requirements". This report provides an update on all activities the Detroit Water and Sewerage Department (DWSD) has taken or planned to be taken in the past three months, in accordance with the August 1, 2000 submittal.

                                                       **s/Carol J. Cohron**
                                                       **Carol J. Cohron**
                                                       **Case Manager**

**Date:1/27/2010**