UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff and Counter-Defendant,

vs.                                                        Civil Action No. 77-71100
                                                       Honorable John Feikens

STATE OF MICHIGAN,

       Defendant and Cross-Plaintiff
       And Cross-Defendant,

vs.

CITY OF DETROIT, a municipal corporation, and
DETROIT WATER AND SEWERAGE DEPARTMENT,

       Defendant and Cross-Plaintiff,

vs.

ALL COMMUNITIES AND AGENCIES UNDER
CONTRACT WITH THE CITY OF DETROIT FOR
SEWAGE TREATMENT SERVICES,

*et al.*

                                                                             /

**ORDER REGARDING DWSD REPORT DEADLINES**

       This Court has imposed upon the Detroit Water and Sewerage Department ("DWSD") certain reporting deadlines, namely, the updating of the last three quarterly reports, by July 15, 2010. Docket No. 2301. In addition, in its notice dated April 14, 2010, the Michigan Department of Natural Resources and the Environment ("MDNRE") has required certain reporting by DWSD that is also due on July 15, 2010. Today, Robert Buckler, Chief Operating Officer of the City of Detroit, has requested a six-week extension of those deadlines, in order to

give DWSD time to better incorporate the report prepared by members of the Engineering Society of Detroit into its response and to make other changes to both required submissions.

This Court hereby GRANTS an extension of the submittal date to August 31, 2010, with the understanding that no further deadline extensions will be sought by DWSD. It is this Court's understanding that the MDNRE will be issuing a similar deadline extension by separate letter for its requirements.

IT IS SO ORDERED.

<u>s/John Feikens</u>
John Feikens
United States District Judge

Dated: July 14, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 14, 2010.

<u>s/Carol Cohron</u>
Deputy Clerk