1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**-v-**                                                           **Case Number:**
                                                                     **77-71100**

**STATE OF MICHIGAN AND CITY**
**OF DETROIT, ET. AL.**

    **Defendants,**

_____/

MOTION
BEFORE THE HONORABLE JOHN FEIKENS
UNITED STATES DISTRICT JUDGE
858 U. S. Courthouse & Federal Building
231 West Lafayette Boulevard West
Detroit, Michigan 48226
WEDNESDAY, MAY 17TH, 2006


**APPEARANCES:**

**For the Plaintiff:**

**For  Defendant Detroit/DWSD:**       **Mark Jacobs, Esq.**
                                                **Robert Franzinger, Esq.**

**For Defendant Oakland County:**     **Donald Miller, Esq.**


**For Defendant Wayne County:**       **Patrick McCauley, Esq.**

**Court Reporter:**                     Joan L. Morgan, CSR
                                       Official Court Reporter

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted
transcription.

```
                    MOTION                                          2
              WEDNESDAY, MAY 17TH, 2006
 1                  Detroit, Michigan
 2                  Wednesday, May 17th, 2006
 3                       -- --- --
 4            THE COURT: The Court calls the case number 77-
 5    71100, The United States versus State of Michigan, Et. Al.
 6            THE COURT: Good morning everyone.
 7            MR. FRANZINGER: Good morning, your Honor.
 8            MR. JACOBS: Good morning, your Honor.
 9            MR. MILLER: Good morning, your Honor.
10            THE COURT: We won't take a lot of time on this
11    morning because I'm sure you're all anxious going over to
12    the Ren Cen and register for the Sixth Circuit Conference.
13            Are you going?
14            MR. FRANZINGER: I'm thinking about it, your
15    Honor, for certain portions.
16            THE COURT: Off the record.
17            (Off the record discussion held.)
18            (Proceeding continuing in open court.)
19            THE COURT: Let me cut to the quick on this.  We
20    are here about contract WS 623.
21            Now, I'm of the opinion that the difficulty that
22    is encountered here and I'm somewhat surprised of what
23    happened, Mr. Jacobs, but I can't understand how the
24    charges made against the entire system, it just doesn't
25    make sense and I think you admit that.

                    JOAN L. MORGAN, OFFICIAL COURT REPORTER
```

```
                    MOTION                                         3
                    WEDNESDAY, MAY 17TH, 2006
```

1                MR. JACOBS: Oh, we acknowledge that in our brief
2       that the cost of WS 623 --
3                THE COURT: I can't hear you.  Do you want to
4       stand up here?
5                MR. JACOBS: Oh, I'm sorry.  I apologize.
6                THE COURT: You admit that you agree; don't you?
7                MR. JACOBS: Yes, we did, your Honor.
8                THE COURT: So to me the only issue is that: How
9       is that to be repaid?  And I thought, too, there is some
10      disagreement between the parties as to the look-back
11      arrangement. I'm not sure just where you stand on that
12      because DWD has frequently used the look-back arrangement
13      over the years that I've been associated with this problem.
14      It is an available tool in order to get the money back to
15      correct the situation.
16               Maybe we ought to talk about to today unless you
17      both want to say something more about that.  The only issue
18      is how are we going to do it?  Should we use the look-back
19      situation, or -- well, do you want some time to think about
20      that?  What's your take?
21               MR. JACOBS: Your Honor, the amount of money
22      involved in this contract is not significant, and it's not
23      possible to adjust on an on-going forward basis, future
24      rates to adjust for the improvision in the '06-'07 rates
25      that resulted from the inclusion of the costs of WS 623 in

```
                    MOTION                                    4
                    WEDNESDAY, MAY 17TH, 2006
```

1   the '06-'07 rates.  It's the inclusion of those costs as a
2   common cost --
3           THE COURT: How can you do that, through a
4   readjustment of raises in the future as to that?
5           MR. JACOBS: Well, it would have to be done from
6   future rates, that's correct, if it were to be done at all,
7   but --
8           THE COURT: Well, there's no question about it's
9   got to be done.  What do you mean if it were to be done at
10  all? It has to be done.
11          MR. JACOBS: Well, that -- and this requires
12  perhaps a lot more discussion than what we may have time
13  for today because the way that Detroit's water rates are
14  set, is very different than the way the sewer rates are set
15  in which this Court was --
16          THE COURT: I didn't allow you to charge contract
17  even though it says for water to the entire system.  That's
18  where it went wrong.
19          MR. JACOBS: Well, it's an inquisition, but -- if
20  you give me --
21          THE COURT: What does a rate inquisition mean,
22  wrong?
23          MR. JACOBS: Well, could I give a little
24  background on how water rates are set because --
25          THE COURT: I don't need any background on that,

```
                    MOTION                                        5
                    WEDNESDAY, MAY 17TH, 2006
```

1        Mr. Jacobs.  I've been in this case longer than you have.
2                   MR. JACOBS: Oh, I understand that, but you've
3        never looked at how water rates are actually set.
4                   There are a number of --
5                   THE COURT: I'm going to cut to the quick on this
6        and I don't want to hear any more about that.
7                   All I'll let you do is to have 30 days if you
8        want to decide how this matter is going to be readjusted,
9        whether it should be through the use of the familiar look-
10       back arrangement or in some other way that you think is
11       more equitable.
12                  MR. JACOBS: That will be fine, your Honor.
13                  THE COURT: Now, do either of you gentlemen wish
14       to comment on that?
15                  MR. MILLER: The only further comment that I would
16       have, your Honor -- Don Miller for Oakland County.
17                  The only further comment I would have is in our
18       pleadings, your Honor, we asked the question whether or not
19       any of the costs in contract WS 623 were included in any
20       prior rate years before 2006, 2007, because the date of the
21       contract was 1999, and the work was to have commenced in
22       the year 2000.  We were just curious whether or not any of
23       the costs in that contract would have been included in
24       earlier rate years before 2006 and 2007.
25                  THE COURT: Well, you can do that in one of two

                    JOAN L. MORGAN, OFFICIAL COURT REPORTER

```
                        MOTION                                    6
                WEDNESDAY, MAY 17TH, 2006
```

1   ways:  You can either address it in an interrogatory or you
2   can work it out when you reply in the next 30 days.
3              MR. MILLER: Are you looking for a response from
4   both parties?  Is that what you mean, your Honor?
5              THE COURT: Yes.
6              MR. MILLER: We simply don't object --
7              THE COURT: You don't have to tell me how if you
8   don't have an idea.
9              If you don't have an idea as to how it should be
10  adjusted, I know what to do.
11             MR. MILLER: Very well, your Honor.
12             THE COURT: I want to give you a chance to do
13  that.
14             Mr. McCauley?
15             Mr. McCAULEY: Good morning.
16             Patrick McCauley, representing Wayne County.
17             We would concur in whether to look back and
18  adjust the amount of credit.  We can work that out.
19             The other issues I've raised to the Court, is we
20  would like to have some means of verification that
21  eventually this has been done whatever method that
22  eventually may be.
23             THE COURT: Well, is 30 days time enough?
24             MR. McCAULEY: Thirty days I think would be fine,
25  your Honor, for allow counsel to get together to see if we

```
                    MOTION                                      7
               WEDNESDAY, MAY 17TH, 2006
```

1    can come up with a common plan for the Court's approval.
2           THE COURT: How about, sir, is 30 days enough
3    time?
4           MR. JACOBS: Thirty days will be fine, your Honor.
5    I guess the question is will we have the opportunity to
6    make further adjustments in the rates if we find that there
7    are other charges that were improperly allocated to the
8    city of Detroit?
9           THE COURT: Of course you will have the
10   opportunity.
11          MR. JACOBS: I would request that this issue be
12   deferred until we get into the issue of --
13          THE COURT: That said, that said. I don't have to
14   say how an adjustment should be made. I want you folks to
15   tell me in 30 days how you think it should be done.  That's
16   all I ask you.
17          There's no question that this particular
18   contract, WS 623, should not have been applied in the rates
19   system  -- in the rate mechanisms to the system itself.
20          You don't agree on that.
21          MR. JACOBS: We don't agree on that.
22          THE COURT: So the question is: How do we want to
23   adjust it?  And we'll wait to another day, Mr. Jacobs. Your
24   argument is coming back to the same thing how water rates
25   are paid.  It's not just DWSD rates, structures, but

```
                        MOTION                                     8
                   WEDNESDAY, MAY 17TH, 2006
 1    nationally.
 2              It's best to be correct.
 3              Thirty days.
 4              MR. JACOBS: Thank you, your Honor.
 5              THE COURT: The only thing I'm interested in right
 6    now is SW 623.
 7              MR. JACOBS: I understand that.
 8              THE COURT: Anything further?
 9              MR. JACOBS: No, sir.
10              MR. MILLER: No, your Honor.
11              MR. McCAULEY: No, your Honor.
12              THE COURT:  Oh, my law clerk is calling my
13    attention that there are five contracts here that were in
14    dispute Those are contracts WS 650, WS 657, WS 651, 623,
15    and 812.  What I intend to do approve those contracts.
16              Is there any observation any of you would wish to
17    make with regard to that's what I intend to do?
18              MR. McCALULEY: No, your Honor.
19              MR. MILLER: No, your Honor.
20              THE COURT: Mr. Jacobs?
21              MR. JACOBS: Nothing further, your Honor.
22              THE COURT: With that said then, we will stand in
23    recess.
24              (Proceedings, concluded.)
25                         -- --- --

                        JOAN L. MORGAN, OFFICIAL COURT REPORTER
```

```
                    MOTION                                      9
                    WEDNESDAY, MAY 17TH, 2006

 1                          CERTIFICATE
 2
 3
 4        I, JOAN L. MORGAN, Official Court Reporter for the
 5   United States District Court for the Eastern District of
 6   Michigan, appointed pursuant to the provisions of Title 28,
 7   United States Code, Section 753, do hereby certify that the
 8   foregoing proceedings were had in the within entitled and
 9   number cause of the date hereinbefore set forth, and I do
10   hereby certify that the foregoing transcript has been
11   prepared by me or under my direction.
12
13                              S:/ JOAN L. MORGAN, CSR
14                              Official Court Reporter
15                              Detroit, Michigan 48226
16
17
18
19
20
21
22
23
24
25   January 4th, 2011
```