UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CITY OF DETROIT, *et al.*,

    Defendants.

Hon. Sean F. Cox

Case No. 77-71100

---

**NOTICE OF WITHDRAWAL OF THE DETROIT WATER AND SEWERAGE DEPARTMENT'S VERIFIED MOTION FOR PRELIMINARY AND PERMANENT INJUNCTIVE AND OTHER RELIEF NECESSARY TO PROTECT THE PUBLIC SAFETY AND THE ENVIRONMENT, ENFORCE THE CLEAN WATER ACT AND EFFECTUATE AND PREVENT FRUSTRATION OF THIS COURT'S ORDERS**

To: Clerk of Court

Notice is hereby given that the Detroit Water and Sewerage Department ("DWSD") withdraws, without prejudice, its Verified Motion for Preliminary and Permanent Injunctive and Other Relief Necessary to Protect the Public Safety and the Environment, Enforce the Clean Water Act and Effectuate and Prevent Frustration of This Court's Orders (Docket Entry No. 2476).

                                              DYKEMA GOSSETT PLLC

                                              By: */s/Robert J. Franzinger*
                                                  Robert J. Franzinger (P25539)
                                                  Mark D. Jacobs (P41878)
                                                  Attorneys for DWSD
                                                  400 Renaissance Center
                                                  Detroit, MI 48243

Dated: October 5, 2012                    (313) 568-6690
                                                  rfranzinger@dykema.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record and that I caused copies of same to be mailed via U.S. mail as follows:

Joseph W. Colaianne
Oakland County Corporation Counsel
1200 N. Telegraph Road
Suite 419 Bldg. 14E
Pontiac, MI 48341-0419

John H. Fildew
Fildew Hinks
26622 Woodward Avenue
Suite 225
Royal Oak, MI 48067

Robert J. Hribar
16931 19 Mile Road
Mount Clemens, MI 48044

Charles E. Lowe
Lowe, Lewandowski
905 W. Ann Arbor Trail
Plymouth, MI 48170

George B. Washington
Scheff & Washington
645 Griswold Street
Suite 1817
Detroit, MI 48226-4113

Herbert A. Sanders
The Sanders Law Firm, PC
615 Griswold Street
Suite 913
Detroit, MI 48226

Bruce A. Miller
Miller Cohen PLC
600 W Lafayette Blvd.
4th Floor
Detroit, MI 48226

DYKEMA GOSSETT PLLC

By: */s/Robert J. Franzinger*
Robert J. Franzinger (P25539)
Mark D. Jacobs (P41878)
Attorneys for DWSD
400 Renaissance Center
Detroit, MI 48243
(313) 568-6690
rfranzinger@dykema.com