
**CARMEUSE**
NATURAL CHEMICALS

February 13, 2013

BY OVERNIGHT DELIVERY
City of Detroit
ATTN: James George
Finance Department
735 Randolph St.
16th Floor
Detroit, MI 48226

Dear Mr. George:

Carmeuse Lime, Inc. d/b/a Carmeuse Lime & Stone ("Carmeuse") currently supplies lime to the City of Detroit (the "City") Waste Water Treatment Plant pursuant to a contract dated December of 2009 (the "Contract"). Carmeuse has recently seen published articles indicating that the City of Detroit may file for bankruptcy protection in the near future. Such published articles have given Carmeuse grounds for insecurity with respect to the performance of the City under the Contract.

Accordingly, Carmeuse is hereby demanding adequate assurances of the City's ability to perform under the Contract and to pay its debts as they become due. Carmeuse will suspend any performance unless and until such adequate assurances are received; provided that Carmeuse will consider continuing to supply product to the City on a cash in advance basis.

Of course, if you would like to discuss this matter further, please give us a call.

Very truly yours,

Chris Osborne
Central Region Sales Manager



February 18, 2013

BY OVERNIGHT DELIVERY
City of Detroit
ATTN: Matthew Schenk
Finance Department
735 Randolph St.
16th Floor
Detroit, MI 48226

Dr. Mr. Schenk:

Thank you for your response of February 15th. Your letter addresses the fact that the DSWD is treated as an enterprise fund department and has separate bank accounts. However, the fact remains that our contract is with the City of Detroit. Please provide us with documents showing:

- That the obligations under the contract have been assumed by the DSWD.
- That the general creditors of the City cannot access the funds of the DSWD.
- That the DSWD has the financial wherewithal to perform the contract.

Once we obtain such information we will reconsider our position. Until such time, however, we will continue to ship only upon a cash in advance basis.

Very truly yours,


Chris Osborne
Central Region Sales Manager

Carmeuse Lime & Stone  •  11 Stanwix Street, 21st Floor  •  Pittsburgh, PA 15222  •  Tel: (412) 995-5520  •  Fax: (412) 995-2031  •  www.carmeusena.com

# Zimbra

schenk@dwsd.org

± Font size -

## Fwd: Open OAS Group Purchase Orders

**From :** Mildred Morris <morris1@dwsd.org>                                  Thu Mar 7 2013 9:01:25 AM
**Subject :** Fwd: Open OAS Group Purchase Orders
**To :** Matthew Schenk <schenk@dwsd.org>
**Cc :** Marilyn King <making@dwsd.org>, James George <jgeorge@dwsd.org>, Nicolette Bateson <bateson@dwsd.org>

Good morning Mr. Schenk, per the question that was addressed at the Optimization presentation yesterday, I am forwarding you the e-mail request for assurance that our Supplier will get paid for good/services in light of the EFM. Please respond to Erik Moin from Oas Group. I will forward any other request as I receive them. Thanks for your assistance in this matter.

--
Mildred Morris
Accounts Payable Supervisor
735 Randolph St
DWSD Accounting ~ MOB 18th Fl.
313-224-4727

---

**From:** "Erik Moin" <emoin@oasgroup.com>
**To:** "Mildred Morris" <morris1@dwsd.org>
**Cc:** "Anil Gosine" <gosine@dwsd.org>, "Daniella Okike" <dokike@dwsd.org>
**Sent:** Wednesday, March 6, 2013 9:55:05 AM
**Subject:** Open OAS Group Purchase Orders

Good morning,

Have you had any feedback from either Finance Management or your Law Department regarding my inquiry about the potential impact of a Emergency Financial Manager for the City of Detroit?

I have two orders on hold, and very much need to release them, but need the department's assurances that my outstanding invoices will not be subject to any "managed bankruptcy" activities.

Be reminded that one of the two orders I'm holding is desperately needed by the ITSIO Networking Group as there is 8+ year old equipment that affects that functionality of the DWSD network that needs to be upgraded.

Thanks very much for your consideration,

--
Erik Moin
The OAS Group, Inc.
o 248-269-4050
c 248-840-4098


--
Mildred Morris
Accounts Payable Supervisor
735 Randolph St
DWSD Accounting ~ MOB 18th Fl.
313-224-4727

# Zimbra

schenk@dwsd.org

± Font size -

## Fwd: Pipeline Oxygen Supply Agreement

**From :** Wendy Barrott <barrott@dwsd.org>                      Thu Mar 14 2013 1:10:02 PM
**Subject :** Fwd: Pipeline Oxygen Supply Agreement
**To :** Matthew Schenk <schenk@dwsd.org>
**Cc :** smalley <smalley@dwsd.org>

Just sharing this inquiry with you.  I forwarded the Board's action yesterday.

Wendy Barrott
General Manager

Detroit Water & Sewerage Department
Wastewater Treatment Plant
9300 W. Jefferson Ave.
Detroit, Michigan 48209
Phone: 313-297-0300
Mobile: 313-999-3952

barrott@dwsd.org

---

**From:** "Mitch Day" <Mitch_Day@praxair.com>
**To:** "Wendy Barrott" <barrott@dwsd.org>
**Sent:** Thursday, March 14, 2013 12:56:52 PM
**Subject:** Pipeline Oxygen Supply Agreement

Wendy:  Praxair requests feedback on the handling of our pipeline oxygen agreement which is with the "City of Detroit, acting by and through its Water and Sewerage Department."  Specifically, what are the implications of a possible future City of Detroit bankruptcy filing on DWSD and this agreement?  I am aware that DWSD has been acting more autonomously from the City in the last year or so, but am not familiar with any changes in the legal relationship between these entities.

Taking it a step further, are there any contractual changes that would be appropriate to make in conjunction with the pipeline backup amendment under discussion to address the financial questions?

Thanks,

Mitch Day
300 E Great Lakes St, River Rouge, MI  48218-2606
Phone  (716) 879-7993
mitch_day@praxair.com



*Making our planet more productive*

---

*This e-mail, including any attachments, is intended solely for the person or entity to which it is addressed and may contain confidential, proprietary and/or non-public material. Except as stated above, any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than an intended recipient is prohibited. If you receive this in error, please so notify the sender and delete the material from any media and destroy any printouts or copies.*

**Zimbra**                                                                                    schenk@dwsd.org

± Font size ‐

## CS-1570 Contract for Tellers

**From :** Miriam Dixon <mdixon@dwsd.org>                                        Thu Feb 21 2013 4:39:35 PM

**Subject :** CS-1570 Contract for Tellers

**To :** Matthew Schenk <schenk@dwsd.org>

**Cc :** Sue McCormick <mccormic@dwsd.org>, Darryl Latimer <latimer@dwsd.org>, James George <jgeorge@dwsd.org>, Marilyn King <making@dwsd.org>

Matt,

I spoke with Laura Willer of Manpower Group regarding the status of CS-1570. She stated that Manpower will not be able to enter into a contract with the Department. The Credit Department will not approve a line of credit for the project due to finances of the City and her Regional Director will not approve the contract for the same reason.

Miriam