UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

v.                                           Case No. 77-71100

City of Detroit, et al.,                Hon. Sean F. Cox

       Defendants.
_____/

## INDEX OF EXHIBITS

A.    Proposed Order

B.    September 9, 2014 Memorandum of Understanding

C.    *United States v. Ocampo*

D.    *Estate of Hickman v. Moore*

E.    *House of Bryant Publications, LLC v. City of Lake City, Tenn.*

F.    *Dugle ex rel. Dugle v. Norfolk Southern Railway Co.*