Exhibit 1

Jordan    @aol.com
To:jcapizzo@yahoo.com
Cc:brendal     @yahoo.com
Wed, Jan 15 at 11:33 AM

Hi Jim,

We don't need to meet.  I am in the process of two MERC cases and my time is spent on them.  I'm negotiating a contract and I am very busy at this time.

Now you can proceed with your letter to Judge Cox and if he needs information from me, please give him my email address.

Best of luck.

Sincerely,


Sharon K. Jordan, MBA
SAAA President

# Exhibit 2

Exhibit 2

Concerning when the Court asked to hear from SAAA in December 2015 and the submission of this letter in 2020 I discovered that the Court had asked to hear from SAAA in March 2017.  I have worked on this letter as time permitted since the latter part of 2017.  Since 2017 I have worked full/part time in menial jobs.  I also spent much time seeking employment as a software developer and took a computer class in 2017.  In preparing this letter I went thru many water department related documents, read many Voice of Detroit articles, and read many court case related documents at the federal courthouse in Detroit.

# Exhibit 3

Ayoung   @comcast.net <ayoung   @comcast.net>
To:JIM CAPIZZO
Mon, Mar 27, 2017 at 8:55 AM
Good morning Jim
You just arent going to let me out of this union are you? After reading this docket you sent me i have to say that I am mad as hell. Sharon and I was in the courtroom to talk with judge cox, but Richard Mack never acknowledged us or let the judge know that we were there. They met in the judge's chambers and Ed Mcneil came in and was quickly whisked back there while Sharon and I waited until everyone left and the courtroom was cleared. We were never called to talk to the judge. Later Richard Mack made an agreement with DWSD that we would sign the funky contract that they were trying to pressure us into. We never signed it. Later we found that Richard threw us under the bus by telling the judge that we were going to sign and settle with DWSD which is why we never were acknowledged in the courtroom. I had no idea of the extent of this until i read this docket that you have provided. I plan to confront Richard about it and write a letter to the judge. I dont care how late in the day it is.
Thank you.

*Sent from my Sprint Phone.*

------ Original message------
**From:** JIM CAPIZZO
**Date:** Mon, Mar 27, 2017 2:17 AM
**To:** Audrey Bellamy;
**Cc:**
**Subject:**Fw: answers

# Exhibit 4

-reference on page 3, paragraph 2

# "SHUT DETROIT DOWN! SAVE OUR WATER DEPARTMENT! SAVE OUR CITY!" NEXT RALLY AUG. 2

Posted on 07/30/2012 by Diane Bukowski



Part of a large crowd who rallied at the gates of the Wastewater Treatment Plant in Detroit July 24 to demand Detroit control of DWSD, a good contract for workers.

***Over 150 pack protest at WWTP in support of city-wide strike, Detroit control of DWSD***

**By Diane Bukowski**

**July 27, 2012**

**DETROIT** – City of Detroit water department workers mobilizing for a city-wide strike turned out an impressive show of support July 24. A diverse march and rally of over 150 people packed the entrance to the Wastewater Treatment Plant (WWTP) on W. Jefferson. It drew media attention and brought hope to many city residents looking for new leadership.

"If we shut this place down, we will settle a contract in one week," AFSCME Local 207 President John Riehl told the protesters. He and others said that administration of President Barack Obama cannot afford a massive strike in Detroit as November elections approach.



Raymond Love tells workers to "stand up and fight!"

"We have to stand up and fight," Raymond Love, a water department worker for 10 years, said. "The Detroit water department belongs to the citizens of Detroit, not to Snyder and Bing." He referred to Michigan Governor Rick Snyder and Detroit Mayor Dave Bing.

"We are representing the whole city, whose people are dying to support someone who is fighting, not just talking about fighting." Local 207 Secretary-Treasurer Mike Mulholland said.

Under terms of orders issued by U.S. District Court Judge Sean Cox, the Detroit Water and Sewerage Department is negotiating with its workers separately from other city workers, who face imposed terms under a Public Act 4 consent agreement.



Sue McCormick addresses meeting during previous tenure as Ann Arbor public services administrator. Photo: AA.com

On July 17, DWSD management, led by newly-appointed Director Sue F. McCormick,  presented demands similar to those included in the unilateral "City Employment Terms" document being imposed by state officials, the Financial Advisory Board, and the Bing administration.

They include withdrawal of the Local's ongoing legal challenge to Cox's order,  inclusion of water department workers in the consent agreement,  which bars collective bargaining, a 10 percent wage cut, 12 month probationary periods for new hires and newly promoted workers, attacks on pension and seniority rights, and other anti-union measures.

Speakers at the rally said they are fighting not only for a good contract, but to win back Detroiters' control and ownership of DWSD, axed last year by U.S. District Court Judge Sean Cox. Former U.S. President George W. Bush appointed Cox, who is a right-wing Federalist Society member, to the bench.



AFSCME Local 207 Vice-President Lakita Thomas represents over 1200 DWSD workers.

Lakita Thomas, Local 207 Vice-President, told VOD, "They want the water department, and they are trying to design it to fail, make it look as dirty and rotten as possible so they can easily take it over. But we are going to fight, and we're fighting to win. We are trying to protest everywhere."

DWSD has been decimated by massive private contracting, hundreds of lay-offs, and the departure of experienced staff due to draconian pension proposals. It is also under attack by Wall Street, whose rating agencies have several times downgraded its previously sterling bond ratings in order to have lenders profit from higher interest rates.

"We just came from occupying a woman's home to stop her from being evicted, and the community-wide efforts are working, they are re-opening her case," Shanta Driver, head of the national By Any Means Necessary (BAMN) coalition, said. "We must likewise turn the corner on our entire city's destruction and save Detroit."



U.S. District Court Judge Sean Cox, a George W. Bush appointee.

Under an initial consent agreement reached in Feb. 2011 between Bing and the leaders of surrounding counties at the direction of Judge Cox, suburban representatives led by Board of Water Commissioners (BOWD) Chair James Fausone now control BOWC votes on contracts and rates. The Detroit City Council's right to approve contracts has been eliminated. They approve rates only for Detroit proper.

Later that year, Bing and the City Council approved the sale of the mammoth Oakland-Macomb County Interceptor, in violation of the City Charter which requires a popular vote on sale or privatization of DWSD assets. The revised City Charter has maintained that provision for DWSD and D-DOT.

On Nov. 4, 2011, Cox ruled that DWSD would no longer be subject to that Charter provision, a city ordinance limiting privatization, workers' rights under the Michigan Employment Relations Commission, and access to state courts.

He launched an all-out attack on union rights, abolishing seniority rights in many areas, union grievance procedures, and full-time release for the Local's three top officers.  Local 207 has over 1,200 members and is the largest AFSCME union local in the city.

His order diminished opportunities for Black-owned businesses and Detroit resident construction workers under DWSD contracting procedures, and opened the door to unbridled privatization.



Mass press conference held by DWSD unions to announce legal challenges to U.S. District Court Judge Sean Cox's takeover of the department.

Michigan AFSCME Council 25, AFSCME Local 207, the city's Senior Accountants, Analysts and Appraisers (SAAA), and UAW Region IA Local 2200 have appealed. AFSCME 207 accused Cox of bias and asked him to recuse himself, which he has refused to do. He also denied motions by the unions to intervene in the case, which originated in 1977 with a federal challenge claiming DWSD was in violation of the Clean Water Act.

AFSCME Local 207 appealed to the Sixth Circuit Court of Appeals, asking the Court to issue a stay of Cox's Nov. 4 order, order Cox's removal from the case due to bias, and approve the unions' intervention.

The Sixth Circuit Court denied the immediate motions Dec. 21, 2011, but allowed aspects of the case as a whole to proceed on appeal.

Judges on the panel were Cuban-born Danny J. Boggs, named in  1986 by{President Ronald Reagan, Ronald Lee Gilman, named by President Bill Clinton in 1997, and Richard Allen Griffin, named in 2002 by Bush, but not approved by the Senate until 2005 after partisan controversy, during which he was described as a "deeply conservative jurist."



DWSD COO Matthew Schenk

Since then, Cox has ordered the addition of a Chief Operating Officer to DWSD administration. Matthew Schenck was plucked directly from the scandal-ridden administration of Wayne County Executive Robert Ficano to fill that post. His background is primarily in legal matters.

Earlier, the BOWC appointed Sue F. McCormick as department director. She was previously Public Services administrator in Ann Arbor, in charge of the city's entire infrastructure including its water department. There, she established water rates that increased by seven levels according to a tenant's usage of water, as well as privatization initiatives.

As director, she has broad powers under Cox's order to hire, promote and fire workers, outsource services, and further remove the department from Detroit's control.



DWSD service area

"One of the largest systems in the nation, the Detroit Water and Sewerage Department has a rich history in public utility service dating back to the early 1800s," says DWSD's website.

"DWSD provides water service to the entire city of Detroit and neighboring southeastern Michigan communities throughout Wayne, Oakland, Macomb, St. Clair, Lapeer, Genessee, Washtenaw and Monroe counties. The 1,079-square-mile water service area, which includes Detroit and 126 suburban communities, makes up approximately 40 percent of the state's population. Wastewater service is also provided to a 946-square-mile area that encompasses Detroit and 76 neighboring communities."

Detroiters built and paid for the system, known as the primary jewel of the city, through billions in bond issues over the years.

Local 207 is planning another rally Thursday, Aug. 2, 2012 at 4:30 p.m. in front of the Coleman A. Young Municipal Center at Jefferson and Woodward in downtown Detroit. (See flier below.)

# Exhibit 5

October 26, 2012

DWSD – SAAA NEGOTIATION MEETING

PRESENT:   Teri Conerway – Human Resources Manager
           Karen Darty – Human Resources Generalist
           Lenetta Walker – SAAA Treasurer
           Sharon K. Jordan – SAAA District Representative

Last time we were negotiating with DWSD was August 17, 2012.

LW – we are here to discuss and get clarification on the City Employment Terms (CET)

TC – Health is modified Option 3, still the same

LW – new document 42 pages – does this apply to current employees or new hires?

TC – everyone it applies to
     Until we reach a settlement with DWSD, the CET will be in effect. It applies to all employees
     new and current
     DWSD may require Direct Deposit
     CET Optical and Dental is eliminated for retirees. Can we agree duration of contract will be
     for 6 months?

Item 2 – Yes

Item 3 – Disagree

Item 4 – Agreeing to talk about early retirement. Could be mixture of things. Depends (TC)

Item 5 – Employees hired after July 1, 2012 shall go into Defined Contributions (TC).    SAAA says
         leave open

Item 6 – Leave open

Item 7 – Judge Cox's Order – skipped over. What our contract will change to say

Item 8 – Talk about Past practices

Item 9 – Will talk about change to 6 months probationary period

Item 10 – We want to agree to about

Item 11 – We will not withdraw appeal (SAAA)

Item 12 – Leave open, not agreeing
          (TC) did not see any language in contract stating 15 days to file a grievance

DWSD – SAAA NEGOTIATION MEETING
October 26, 2012
Page 2


Item 13 – Skipped over, means nothing if voted down 11/6/12

Item 14 – DWSD may require direct deposit
Leave open

Item 15 – Skipped/leave it open. We cannot make a decision/Retirement Board

Item 16 – Not agreeing to this. Keep that in mind that at the moment, if we signed up for contract, DWSD will be willing to take off agenda.

LW -     No. 6 has a big impact on the plan.

TC -     You are not going to be able to cover those costs. Not enough contribution in to pay off the people.

         Department won't be able to fund the retirees or new employees. DWSD/City won't be able to fund it.

         Tuition Refund is back. We have been borrowing. Rate hike 10%. In a national poll/research citizens should not be paying more than 2% of water rates. High debt. The court said hire COO. Drafting Technicians, we let go because they did not have work for them to do. Still connected to City. Judge says we are a City department. We will have our own Human Resources, Purchasing, Law and

         October 5, 2012 – no longer bound by Human Resources (City)

         Take Item 16 off table, Wage freeze in effect, if we agree on everything else.

SAAA     Anything we agree to is what they will abide by/what benefits they will get.

         Grievance time limit
         Probationary period
         No bonus

         Meet temporary Friday

LW -     Send a list of available dates

TC -     Not necessarily takes effect, depends on when we settle and what provisions of CET, if the CET goes into effect. Cannot go retro-active to restore monies. Just go forward.

Exhibit 6

DWSD   IT (information technology) programmers laid off on 10/14/14; written by James Capizzo

B = Black

| name | title/level | | age (my estimate) |
|---|---|---|---|
| Tim Benson | senior programmer | B | 56? |
| Jim  Capizzo | senior programmer | | 60 |
| Hazar  Cholagh | senior programmer | | about 45?,  hard of hearing |
| Yashbir Dodd | senior programmer | | 65 |
| Kim Fletcher | senior programmer | B | 59 |
| Lynne Johnson | intermediate programmer | B | 35? |
| Ephraim Okoye | intermediate programmer | B | 60? |
| Eloise Sparks | senior programmer | B | about 55 ? ?   laid off a few days later |


DWSD   IT (information technology) programmers kept on 10/14/14          new title

| | | | | |
|---|---|---|---|---|
| Raul Rodriguez | senior programmer | | about 40 ? | Applications Analyst (is on server) |
| Frank Travis | intermediate programmer | | about 35? | resource pool |
| Tarek Malek | senior programmer | | about  35-40 ? | PC tech (not the exact title) |
| Patel Prakashkumsar | senior programmer | | about 35-40  ? | Applications Analyst |
| Stephen Washington | senior  programmer | B | about 35  ? | Applications Analyst |
| Hongyuan Lai | senior programmer | | about 55 ?? | resource pool |
| Naim Zreik | senior programmer | | about 50 | resource pool |

Exhibit 7

February 4, 2015

To Whomever This May Concern,

This writing is to note that at the special conference held on October 22, 2014 between DWSD, Terri Conerway and SAAA, Audrey Bellamy and Sharon Jordan, we were told that the DWSD did not have any work for our laid off members. This was in response to our direct question of why our members were not offered positions within the special projects/resource pool as had been promised us from the beginning of talks regarding the new classifications being implemented at DWSD. We had been told that anyone not receiving a new position would be placed in the resource pool. However, our members were escorted out of the building without prior notification to either themselves or the Union, and we were told specifically by Ms. Conerway that they were laid off because there was no work available for any of them.

Sincerely,

Audrey Bellamy, President SAAA

JAMES SLATER
NOTARY PUBLIC-STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires October 22, 2018
Acting in the County of _____

Feb 4 2015

Exhibit 8

CLASSIFICATION DESIGN GUIDE

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Accountant I | Accountant |
| Administrative Assistant Grade II, III | Professional Administrative Analyst |
| Administrative Specialist I | Office Support Specialist |
| | Professional Administrative Analyst |
| Analytical Chemist | Chemist |
| Assistant Chemical Engineer | Engineer |
| Assistant Chief W&S Sec. Adm. | Security Lieutenant |
| | Security Project Manager |
| | Security Sergeant |
| Assistant Head Sewage Plant Operator | Plant Technician |
| Assistant Safety Officer | Environmental Health and Safety Coordinator |
| Assistant Sewerage Plant Laboratory Supervisor | Team Leader |
| Assistant Storekeeper | Material Management Specialist |
| Assistant Supt Water Systems Maint & Construction | Manager |
| Assistant Water Systems Investigator | Investigator |
| | Inspector |
| Assistant Water Systems Chemist | Chemist |
| Associate Chemical Engineer | Engineer |
| Associate Civil Engineer | Engineer |
| Associate Electrical Engineer | Engineer |
| Associate Mechanical Engineer | Engineer |
| Auto Mechanic | Automotive Fleet Technician |
| Auto Repair Foreman | Team Leader |
| Auto Repair Helper | Automotive Fleet Technician |
| Boiler Operator | Plant Technician |

*Classifications in parenthesis were assigned by HR

Note: All of the current classifications were not mapped by the Job Design Teams. Please review the Job Descriptions posted on the HR SharePoint Portal and Job Boards to determine your assessment eligibility. Also, refer to the Eligibility Section of the Placement Eligibility Process - Phase 2 document or contact your HR Generalist for guidance.

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Bricklayer | Field Services Technician |
| Building & Grounds Maintenance Supervisor | Not Mapped |
| Building Attendant A | Not Mapped |
| Building Operations Supervisor | Not Mapped |
| Building Operator I | Not Mapped |
| Building Trades Helper | Maintenance Technician |
| Building Trades Worker-General | Maintenance Technician |
| Business Systems Support Specialist I | Professional Administrative Analyst |
| Business Systems Support Specialist II | Application Analyst |
|  | Database Analyst |
|  | Infrastructure Administrator |
|  | Manager - IT Service Delivery |
|  | Manager - IT Infrastructure |
|  | Manager - IT Application Delivery |
|  | Professional Administrative Analyst |
|  | Project Manager |
|  | ServiceDesk Analyst |
| Carpenter Foreman | Maintenance Technician |
|  | Team Leader |
| Carpenter Sub-Foreman | Maintenance Technician |
| Chemical Engineer | Engineer |
| Clerk | Office Support Specialist |
| Commercial Operations Specialist I, II, III | Customer Service Specialist |
| Construction Equipment Foreman | Field Services Technician |
|  | Team Leader |
| Construction Equipment Operator | Field Services Technician |
| Construction Equipment Operator - 50 Ton Crane | Field Services Technician |
| Construction Inspector | Inspector |

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Control Instrument Technician Foreman | Electrical Instrumentation Control Technician |
| Control Instrument Technician Sub-Foreman | Electrical Instrumentation Control Technician |
| Customer Service Representative I, II, III | Customer Service Specialist |
| Customer Service Supervisor | Not Mapped |
| Data Processing Programmer Analyst / Database Administrator / Dept IT Network Specialist | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |
| Delivery Driver | Material Management Specialist |
| Electrical Repair Worker | Electrical Instrumentation Control Technician |
| Electrical Repair Worker - General | Electrical Instrumentation Control Technician |
| Electrical Worker - Apprentice | Electrical Instrumentation Control Technician |
| Electrical Worker - General | Electrical Instrumentation Control Technician |
| Electrical Worker Sub Foreman | Electrical Instrumentation Control Technician |
| Elevator Mechanic | Not Mapped |
| Engineer of Water Systems | Engineer |
| Engineer of Wastewater Systems | (Engineer)* |
| Engineering Support Specialist II | (Engineering Technician)* |
| | Inspector |
| Environmental Specialist III | Not Mapped |
| Executive Secretary I, II, III | Office Support Specialist |
| | (Professional Administrative Analyst)* |
| Field Operations Supervisor | Not Mapped |
| Field Services Representative | Field Services Technician |

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Finish Carpenter | Maintenance Technician |
| Finish Painter | Maintenance Technician |
| Garage Attendant | Not Mapped |
| General Auto Mechanic | Automotive Fleet Technician |
| General Blacksmith | Field Services Technician<br>Maintenance Technician |
| General Machinist | Maintenance Technician |
| General Manager | Manager |
| General Welder | Field Services Technician<br>Maintenance Technician |
| Graphic Designer | Public Affairs Specialist |
| Head Clerk | Office Support Specialist |
| Head Construction Inspector | Inspector |
| Head Engineer | Engineer<br>Manager |
| Head Governmental Analyst | Professional Administrative Analyst<br>(Procurement Specialist)* |
| Head Sewage Plant Operator | Plant Technician |
| Head Storekeeper | Material Management Specialist |
| Head Water Plant Operator | Chemist<br>Water Technician |
| Horseshoer | Not Mapped |
| Human Resources Generalist | Human Resources Generalist |
| Human Resources Technician | Human Resources Generalist<br>(Professional Administrative Analyst)* |
| Intermediate Governmental Analyst | Professional Administrative Analyst<br>(Procurement Specialist)* |

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Intermediate Data Processing Programmer Analyst / Information Technology Client Support Assistant / Information Technology Networks Manager | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |
| Industrial Waste Control Manager | Not Mapped |
| Junior Chemist | Chemist |
| | Water Technician |
| Junior Clerk | Office Support Specialist |
| Junior Governmental Analyst | Professional Administrative Analyst (Procurement Specialist)* |
| Machinist Sub-Foreman | Maintenance Technician |
| | Team Leader |
| Mail Processor | Office Support Specialist |
| Maintenance Millwright | Maintenance Technician |
| Manager I, II | Manager |
| Master Electrician of Record | Electrical Instrumentation Control Technician |
| Mechanical Helper | Maintenance Technician |
| Messenger | Office Support Specialist |
| Microbiologist | Chemist |
| Microcomputer Support Specialist | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Manager - IT Service Delivery |
| | Manager - IT Infrastructure |
| | Manager - IT Application Delivery |
| | Project Manager |
| | Service Desk Analyst |
| Office Assistant I, II, III | Office Support Specialist |
| Office Automation Support Assistant | Office Support Specialist |
| Office Management Assistant | Office Support Specialist |

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Offset Printer | Not Mapped |
| Painter Foreman | Maintenance Technician |
| Park Man ... | Not Mapped |
| Park Maintenance Sub-Foreman | Not Mapped |
| Park Maintenance Worker | Not Mapped |
| Permit Investigator - Water Services | (Customer Services Specialist)* |
| Pitometer Technician | Not Mapped |
| Plant Equipment Operator Mechanic | (Plant Technician) |
| Plant Maintenance Foreman | Maintenance Technician<br>Team Leader |
| Plant Maintenance Mechanic | Maintenance Technician |
| Plant Maintenance Sr. Foreman | Maintenance Technician<br>Team Leader |
| Plant Maintenance Sub-Foreman | Maintenance Technician<br>Team Leader |
| Plumber | Field Services Technician<br>Maintenance Technician |
| Plumber Apprentice | Maintenance Technician |
| Preventive Maintenance Coordinator | Team Leader |
| Principal Accountant | Accountant |
| Principal Analytical Chemist | Chemist |
| Principal Clerk | Office Support Specialist |
| Principal Data Processing Programmer Analyst | Application Analyst<br>Database Administrator<br>GIS Analyst<br>Infrastructure Administrator<br>Project Manager<br>Service Desk Analyst |

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Principal Governmental Analyst | Professional Administrative Analyst |
| | (Procurement Specialist)* |
| Principal Graphic Designer | Not Mapped |
| Principal Purchases Agent | Procurement Specialist |
| Process Control Center Operator | Maintenance Technician |
| | Plant Technician |
| | Systems Technician |
| Process Control Center Supervisor | Maintenance Technician |
| | Plant Technician |
| | Systems Technician |
| Process Control Network Administrator | Not Mapped |
| Process Control System Administrator | Not Mapped |
| Process Control System Manager | (Manager)* |
| Promotional Activities Assistant | Public Affairs Specialist |
| Publicist I | Public Affairs Specialist |
| Purchases Agent I, II, III | Procurement Specialist |
| Purchasing Assistant | Procurement Specialist |
| Repair Mechanic | Maintenance Technician |
| Safety Officer | Environmental Health and Safety Coordinator |
| Security Specialist | Security Lieutenant |
| | Security Sergeant |
| | Security Specialist |
| Sr. Accountant | Accountant |
| Sr. Analytical Chemist | Chemist |
| Sr. Assistant Arch. Engineer | Engineer |
| Sr. Assistant Chemical Engineer | Engineer |
| Sr. Assistant Civil Engineer | Engineer |
| Sr. Assistant Electrical Engineer | Engineer |

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Sr. Assistant Mechanical Engineer | Engineer |
| Sr. Associate Civil Engineer | Engineer |
| Sr. Associate Electrical Engineer | Engineer |
| Sr. Associate Mechanical Engineer | Engineer |
| Sr. Auto Repair Foreman | Team Leader |
| Sr. Clerk | Office Support Specialist |
| Sr. Construction Inspector | Inspector |
| Sr. Data Processing Equipment Operator | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |
| Sr. Data Processing Programmer Analyst | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |
| Sr. Data Processing Telecommunications Technician | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |
| Sr. GIS Support Technician | GIS Analyst |
| Sr. Governmental Analyst | Professional Administrative Analyst |
| | (Procurement Specialist)* |
| Sr. Industrial Wastewater System Investigator | Investigator |
| Sr. Info Tech Client Support Assistant | Application Analyst |
| | Database Administrator |
| | GIS Analyst |
| | Infrastructure Administrator |
| | Project Manager |
| | Service Desk Analyst |

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Sr. Pitometer Tech | Not Mapped |
| Sr. Promotional Activities Assistant | Public Affairs Specialist |
| Sr. Service Guard – Water | Security Lieutenant<br>Security Project Manager<br>Security Sergeant |
| Sr. Sewage Plant Operator | Plant Technician |
| Sr. Storekeeper | Material Management Specialist |
| Sr. Supervisor of Mechanical Maintenance | Field Services Technician<br>Team Leader |
| Sr. Teller | Customer Service Specialist |
| Sr. Training Specialist | Training Specialist |
| Sr. Voucher Audit Clerk | Office Support Specialist |
| Sr. Water Distribution System Investigator | Investigator |
| Sr. Water Meter Mechanic | Field Services Technician |
| Sr. Water Plant Operator | Systems Technician<br>Water Technician |
| Sr. Water Systems Chemist | Chemist |
| Sr. Water Systems Laboratory Technician | Chemist |
| Sr. Water Systems Maintenance Dispatcher | Field Services Coordination Specialist |
| Sr. Water Systems Mechanic | Field Services Technician |
| Service Guard – Public Utility | Security Officer<br>Security Sergeant |
| Service Information Clerk | Not Mapped |
| Sewage Plant Attendant | Plant Technician |
| Sewer Inspector | Not Mapped |
| Sewerage Plant Laboratory Supervisor | Chemist<br>Team Leader |

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Sewage Plant Operation Superintendent | Team Leader |
| Sewage Plant Operator | Plant Technician |
| Sewage Plant Supervisor | Plant Technician |
| Sheet Metal Worker | Maintenance Technician |
| Steamfitter | (Maintenance Technician)* |
| Storekeeper | Material Management Specialist |
| Stores Operations Supervisor | Materials Management Specialist |
| Superintendent of Engineering | Manager |
| Superintendent of Building & Mechanical Maintenance | Manager |
| Superintendent of Operations | Manager |
| Superintendent of Water Sys Maint. & Constr. | Manager |
| Supervising Building Attendant - Grade I, II | Not Mapped |
| Supervising Service Guard Gr. I,II | Security Lieutenant<br>Security Project Manager<br>Security Sergeant |
| Supervisor of Filtration | Chemist<br>Water Technician |
| Supervisor of Printing | Not Mapped |
| Supervisor of Industrial Waste Control-Field Investigation | Not Mapped |
| Supervisor of Water Systems Maintenance & Construction | Not Mapped |
| Survey Technician | Inspector |
| System Programming Coordinator | Application Analyst<br>Database Administrator<br>GIS Analyst<br>Infrastructure Administrator<br>Project Manager<br>Service Desk Analyst |

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Telecommunication Center Supervisor | Not Mapped |
| Teller | Customer Service Specialist |
| Vehicle Operator I,II,III | Field Services Technician |
| Wastewater Plant Maintenance Superintendent | Team Leader |
| Wastewater Process Controller | Plant Technician |
| Wastewater Systems Training Superintendent | Training Specialist |
| Wastewater Treatment Plant Technician | Plant Technician |
| Water Meter Foreman | Field Services Technician |
| | Team Leader |
| Water Meter Mechanic | Field Services Technician |
| Water Meter Worker | Field Services Technician |
| Water Plant Attendant | Water Technician |
| Water Plant Operator | Water Technician |
| Water Production & Operation Manager | Manager |
| Water Systems Chemist | Chemist |
| Water Systems Control Instrument Technician | Electrical Instrumentation Control Technician |
| Water Systems Helper | Field Services Technician |
| Water Systems Investigator | Investigator |
| | Inspector |
| Water Systems Maintenance Dispatcher | Field Services Coordination Specialist |
| Water Systems Mechanic | Field Services Technician |

CLASSIFICATION DESIGN GUIDE

| Current Classification (Feeder) | Eligible Assessment Classification |
|---|---|
| Water Systems Repair Worker | Field Services Technician |
| Water Systems Foreman | Field Services Technician |
| | Team Leader |
| Water Treatment Plant Manager | Manager |
| Web Editor (content) | Public Affairs Specialist |

Exhibit 9

## Detroit Water and Sewerage Department Procurement Policy

November 2, 2011

### (1) General Policy Statement

The Detroit Water and Sewerage Department ("DWSD") shall procure all goods and services through the use of competitive bidding as outlined in this policy, unless an express exception is provided to that general rule. The DWSD Director shall take all necessary measures to ensure this policy is adhered to.

### (2) Types of Competitive Bidding

In the procurement of goods or commodities, DWSD shall only use an Invitation for Bids in which the price factor shall be the only factor considered in the award of a contract. An Invitation for Bids shall not be due any sooner than 14 calendar days from the date of issuance.

In the procurement of professional services, DWSD shall use a Request for Proposals. A Request for Proposals shall not be due any sooner than 21 calendar days from the date of issuance.

In the procurement of construction services, the Department is free to determine the type of competitive bidding and the time frame for response that is appropriate for the complexity of the project.

### (3) Minimum Qualifications for Response

DWSD shall provide within each competitive solicitation the minimum qualifications needed to submit a responsible and acceptable response. These minimum qualifications may include, among others, insurance requirements, compliance with the Ethics code, Section 2-6-91 *et seq* of the Detroit City Code, disclosure statements, certificates of good standing with the State of Michigan, etc.

### (4) Exceptions to Competitive Bidding

While the general rule is that all procurements by DWSD shall be done pursuant to competitive bidding, there is a need for narrow exceptions to this general rule that will promote efficiency of operations and assist with insuring long-term compliance. The exceptions are as follows:

#### (A) Emergency Procurements

The DWSD Director, without prior approval of the Board of Water Commissioners ("BOWC") or Detroit City Council, may make, or authorize others to make, an emergency procurement when public exigencies require the immediate delivery of articles or performance of services or when there exists a threat to public health, welfare or safety or to prevent an imminent violation of a required environmental permit or

1

Administrative Consent Order under emergency conditions where prior approval would be impossible or impracticable under the circumstances; provided that:

(i) Emergency procurement shall be made with such competition as is practicable under the circumstances; and

(ii) The DWSD Director or other person he or she authorizes to make emergency procurement shall, within one (1) week of the procurement, notify the Board of Water Commissioners and the Detroit City Council in writing of the procurement and the basis for the emergency and for the selection of the particular contractor. The DWSD Director shall submit the procurement contract for any necessary approval within four (4) weeks of the procurement.

(B) Sole Source Procurements

Competitive bidding is not required when the DWSD Purchasing staff certifies that only one (1) source of supply is available.

(C) Small Purchases

(i) *General.* Any contract not exceeding $25,000.00 may be made in accordance with the small purchase procedures authorized in this section. Procurement requirements shall not be artificially divided so as to constitute a small purchase under this section.

(a) When a dollar limit is specified upon the authority delegated by this subsection, it shall be construed to apply to the cumulative amount of contracts awarded to a specific business for a kind of supplies, service or construction within the same fiscal year. DWSD shall requisition and solicit procurements in amounts which are based upon their reasonable and foreseeable needs and storage capacities, and upon other relevant factors, such as, economies of scale in purchasing, shipping and handling; or the shelf-life, useful life, or seasonal availability of a product. Contracts shall not be divided into smaller parts to circumvent the need for Board of Water Commissioners or Detroit City Council approval.

(b) Separate contracts may however be used if:

(1) There is a need to document expenditures as against various restricted funding sources; or

(2) It is not economically practical to store a one-year supply of a given commodity, because of shelf-life, or storage costs and capacities; or

2

(3) Product price often changes, and more often than not in a downward trend; or

(4) Different users have significant differences in the timing of their needs for a service or product; or

(5) The initial or continuing need for a product or service is not readily foreseeable so as to enable consolidated purchasing; or

(6) The cost of coordinating consolidated purchasing will exceed any savings which are likely to be generated; or

(7) To promote greater utilization of small businesses.

(ii) *Small purchases over $5,000.00 but not exceeding $25,000.00.* Insofar as it is practical, solicitations of verbal or written quotes from a minimum of three qualified sources of supply shall be made and documentation of the quotes recorded on or attached to the purchase requisition. Reasonable best efforts shall be made to solicit bids from Detroit Based Businesses. The award shall be made to the lowest responsive/responsible source. Monthly, the Board of Water Commissioners shall be provided a list of purchases, vendors and amounts which fall into this category.

(iii) *Small purchases under $5,000.00.* Any purchase not exceeding $5,000.00 may be accomplished without securing competitive quotations if the prices are considered to be fair and reasonable. Competitive quotations need only be taken when the DWSD Director suspects the price may not be fair and reasonable, e.g., comparison to previous price paid, personal knowledge of the price range of the item involved. The maximum amount for purchases that may be achieved by using this method of procurement is $5,000.00. Every effort should be made to distribute such purchases equitably among qualified suppliers.

(iv) *Protest rights.* The provisions of Section 7 shall not apply to contracts awarded under the procedures set forth in this subsection.

(v) *Evaluation Credits for Small Purchases.* Evaluation credits under Section 5 shall not be considered for small purchases under $25,000.00.

(D) Cooperative Purchases

The DWSD Director may either participate in, sponsor, conduct, or administer a cooperative purchasing agreement for the procurement of supplies, services, or construction services with one or more public procurement units in accordance with an agreement entered into between the participants. Such cooperative purchasing may include, but is not limited to, joint or multi-party contracts between public procurement

3

units. Examples of such cooperative purchasing is State of Michigan contracts, General Services Administration (GSA) contracts, supplies and/or services procured from another governmental agency, and U.S. Communities.

(i) *Sale, acquisition or use of supplies.* The DWSD Director may sell to, acquire from, or use any supplies belonging to another public procurement unit independent of the requirements of the general bidding requirements of this policy.

(ii) *Cooperative use of supplies or services.* The DWSD Director may enter into an agreement, independent of the general bidding requirements of this policy, with any public procurement unit for the cooperative use of supplies or services under the terms agreed upon between the parties.

(iii) *Joint use of facilities/equipment.* The purchasing director may enter into agreements for the common use or lease of warehousing facilities, capital equipment, and other facilities with another public procurement unit under the terms agreed upon between the parties

(iv) *Cooperative Purchase Agreements.* In the event that the DWSD Director determines that it is advantageous to take advantage of a Cooperative Purchase Agreement for the procurement of goods from a vendor that is neither a Detroit Based Business nor a Detroit Resident Business, the DWSD Director shall provide an opportunity for Detroit Based Businesses or Detroit Resident Businesses to submit a bid that is equal to or less than the cost of the Cooperative Purchase price.

(E) Personal Services Contracts

Competitive bidding is not required for personal services contracts. A personal services contract is one that furnishes labor, time, or effort by an individual not required to deliver specific end product, other than reports which are merely incidental to required performance. This term does not include employment agreements or collective bargaining agreements.

(5) Price Equalization Credits

(A) Price Equalization Credit Categories shall be:

(i) **Detroit Based Business**

(ii) **Detroit Resident Business**

(iii) **Joint Venture**

4

(iv) Mentor Venture

(v) Customer Based Business

In order to claim entitlement to a credit pursuant to this section, the vendor must submit proper documentation of their entitlement to the credit at the time that the vendor responds to the competitive solicitation. Failure to provide documentation at the time of the bid submission shall negate any application of the equalization credits to the evaluation of that bid.

(B) Price Equalization Credits

|  | Contracts Up to $1 million | Contracts ≥$1 million |
|---|---|---|
| Detroit Based Business | 2% | 1% |
| Detroit Resident Business | 2% | 1% |
| Joint Venture | 1% | 0.5% |
| Mentor Venture | 1% | 0.5% |
| Customer Based Business | 1% | 0.5% |

(C) Use of Price Equalization Credits

In evaluating the bids of competing vendors, the Price Equalization Credits contained within this policy can be used to reduce the relative cost of the price component of any bids provided by vendors responding to a Request for Proposals or a competitive solicitation related to construction services. The relative reduction in price shall be in accordance with the percentages outlined above in Section B.

A potential vendor is entitled to use multiple credits in their bid in accordance with the chart contained in subsection (B) above provided that:

(i) a potential vendor cannot claim both a Joint Venture and a Mentor Venture; and

(ii) a potential vendor cannot claim to be both a Customer Based Business and a Detroit Based Business.

Price Equalization Credits will not be utilized in the award of contracts pursuant to an Invitation for Bids for the procurement of goods or where prohibited by applicable law. Federal law prohibits such equalization credits on projects utilizing federal funds.

5

## (6) Approval of Contracts

### (A) Approval by the Director of DWSD

The DWSD Director shall have full and final approval to approve procurements of the following types of goods and services at dollar values that do not exceed the following limits:

(i) Personal Services contracts that do not exceed $50,000;

(ii) Goods or commodities contracts that do not exceed $100,000;

(iii) Professional Services contracts that do not exceed $250,000;

(iv) Construction contracts that do not exceed $500,000; and

(v) Sale of land or equipment contracts that do not exceed $500,000, pursuant to a written appraisal from a licensed appraiser.

### (B) Approval by the Board of Water Commissioners

The Board of Water Commissioners shall be required to approve the following types of procurements prior to execution by the DWSD Director:

(i) Personal Services contracts that exceed $50,000;

(ii) Goods or commodities contracts that exceed $100,000;

(iii) Professional Services contracts that exceed $250,000;

(iv) Construction contracts that exceed $500,000; and

(v) Sale of land or equipment contracts that exceed $500,000, pursuant to a written appraisal from a licensed appraiser.

### (C) Approval by the Detroit City Council

In addition to requiring approval of the Board of Water Commissioners, the following types of procurements shall also require the approval of the Detroit City Council prior to execution by the Director of DWSD:

(i) Personal Services contracts that exceed $150,000;

(ii) Goods or commodities contracts that exceed $2,000,000;

6

(iii) Professional Services contracts that exceed $2,000,000;

(iv) Construction contracts that exceed $5,000,000; and

(v) Sale of land or equipment contracts that exceed $2,500,000, pursuant to a written appraisal from a licensed appraiser.

## (7) Bid Protests and Appeals

(A) A potential vendor who is not recommended for award of a contract after participating in DWSD's competitive solicitation process may protest the award of the contract by filing a written notice of protest with the Board of Water Commissioners within seven (7) days of the notice of award. The written notice shall reference the solicitation number and the basis for the protest.

(B) Upon receiving a bid protest, the DWSD Director shall immediately halt the processing of the relevant contract award until the protest has been resolved.

(C) The Bid Protest shall be reviewed by the staff of the Board of Water Commissioners in an expeditious manner. The Board of Water Commissioners shall vote to either accept or reject the bid protest within fourteen (14) days of the date upon which the protest was filed. If the Board of Water Commissioners accepts the bid protest, the DWSD Director shall act in accordance with the Board of Water Commissioners findings. If the Board of Water Commissioners rejects the Bid Protest, the Director of DWSD shall notify the protestor of that decision and their opportunity to appeal to the Detroit City Council.

(D) A potential vendor may appeal a denial of their bid protest to the Detroit City Council. To be valid, the appeal must be filed with the Detroit City Clerk within seven (7) days of receipt of the denial of their bid protest. The Detroit City Council, acting through its Committee on Public Health and Safety, shall decide whether to accept or reject the appeal within ten (10) days of receipt of the Appeal.

## (8) Definitions

Procurement - A written agreement for the purchase or sale of goods, services, land and fixtures attendant to the land.

Detroit Based Business – A business which pays city income taxes on the business's net profits and pays city property taxes on a plant or office and equipment which are ordinarily required for the furnishing of the goods or the performance of the services required by the contract and referred to in the application for certification as a Detroit-based business, or other real or personal property in the city equivalent in value to such

7

plant or office and equipment for not less than one (1) taxable year immediately prior to the date of the application for certification as a Detroit-based business, which shall comply with the following requirements:

(1) Provide verification that the firm has the physical resources including, but not limited to, inventory, equipment, vehicles, etc., as well as the ability to provide the services indicated in its application for certification at the city location; and

(2) Provide verification of the ability of the business to carry out the service or repair the product to be sold to the city at the city site; and

(3) Provide references, licenses, or other means of verification acceptable to the city that the services the firm offers to the city has been provided at the city site for at least one (1) year prior to the date of application; and

(4) Provide verification that the business has or can procure an adequate number of employees based at its city site to perform services indicated in the application

**Detroit Resident Business** - means any business which employs a minimum of four (4) employees at least fifty-one (51) percent of which are city residents.

**Joint Venture** - means a joint venture of separate firms, one of which is a DBB, or DRB which has been created to perform a specific contract, and is evidenced by a written agreement which provides at a minimum that the DBB or DRB:

(1) Is substantially included in all phases of the contract, including, but not limited to, bidding and staffing; and

(2) Provides at least fifty-one (51) percent of the total performance, responsibility, and project management of a specific job; and

(3) Receives at least fifty-one (51) percent of the total remuneration from a specific contract; and

(4) Shares in profits and losses.

**Mentor Venture** - means a joint venture of separate firms, one of which is a D-BB, D-BSB, D-RB or D-BMBC, which has been created to perform a specific contract, and is evidenced by a written agreement which provides at a minimum that the D-BB, D-BSB, D-RB or D-BMBC:

8

(1) Is substantially included in all phases of the contract including, but not limited to bidding and staffing; and

(2) Provides at least thirty (30) percent of the total performance, responsibility and project management of a specific job; and

(3) Receives at least thirty (30) percent of the total remuneration from a specific contract; and

(4) Shares in profits and losses.

**Customer Based Business** – A business that is headquartered and operating in the region and that receives water or wastewater services from DWSD.

9

| | IFB - Good and Commodities (No. Days) | RFP - Professional Services (No. Days) |
|---|---|---|
| **General Requirements Time** | | |
| Solicitation Preparation and Advertisement | 14 | 20 |
| Days to Respond from Date of Issuance of Solicitation* | 14 | 21 |
| Scoring Responses and Issuing Notice of Award | 3 | 7 |
| Negotiating Final Documents | 14 | 14 |
| **Total General** | 45 | 62 |
| **Approval Time** | | |
| Board of Water Commissioners Approval | 30 | 30 |
| Detroit City Council Approval | 7 | 7 |
| **Total Approval Time** | 37 | 37 |
| **Protest Time** | | |
| Days to File Protest with BWC* | 7 | 7 |
| BWC Decision on Protest* | 14 | 14 |
| Appeal Adverse Decision to DCC* | 7 | 7 |
| DCC Decision on Appeal* | 10 | 10 |
| **Total Protest Time** | 38 | 38 |
| **POSSIBLE TIMING** | | |
| General, No Approval, No Protest | 45 | 62 |
| General, BWC Approval Required, No Protest | 75 | 92 |
| General, DCC Approval Required, No Protest | 82 | 99 |
| General, No Approval, Protest | 83 | 100 |
| General, BWC Approval Required, Protest | 113 | 130 |
| General, DCC Approval Required, Protest | 120 | 137 |

**Notes:**

1. Items marked with * are those with time requirements defined by the policy

2. Actual times for protested contracts may be shorter if some of the approvals are made to overlap

3. Approval time for DCC is added to BWC because it is assumed that DCC will only review contracts already approved by BWC

# Exhibit 10

# Detroit Water and Sewerage Department

## Sue McCormick
### Director

## August 2012



DWSD Projected Staff Reductions

# Exhibit 11



# FREQUENTLY ASKED QUESTIONS REGARDING THE DETROIT WATER AND SEWERAGE DEPARTMENT (DWSD) EMA ASSESSMENT RESULTS AND OPTIMIZATION PLAN

A number of questions have been asked by employees about the Detroit Water and Sewerage Department's (DWSD) assessment and optimization program. This Q&A addresses the most frequently asked questions. Some questions that were similar in nature, but applied to different positions, were answered with consolidated responses (without specifying particular jobs or work areas). Questions that were outside the scope of the EMA assessment and DWSD optimization program were not addressed in this Q&A.

## Questions

Q1.   Why is the Department conducting an assessment and optimization program? What does this mean for the Department?

Q2.   What is going to happen to me as an employee and will my seniority be considered?

Q3.   As an employee with low seniority, does the implementation of the optimization program mean that I will be laid off?

Q4.   What impact is the optimization program going to have on service?

Q5.   I am a few years from retirement; will I be able to retire? What kind of severance package will be offered to employees?

Q6.   How are we going to get from the current staffing levels to the target proposed in the EMA report? How long will it take to reach the target assessment levels? Is the number proposed by EMA final?

Q7.   What does "highly valued jobs" mean?

Q8.   How many jobs are being lost? How are we going to do the work with fewer employees? What are the real savings, if we have to make numerous investments and continue service?

Q9.   Is this an attempt to break unions? Will unions be eliminated?

Q10.  Are there going to be any incentives offered to employees to go through this process, considering the number of job losses being recommended?

1



# FREQUENTLY ASKED QUESTIONS REGARDING THE DETROIT WATER AND SEWERAGE DEPARTMENT (DWSD) EMA ASSESSMENT RESULTS AND OPTIMIZATION PLAN

Q11. What does it mean if my current division is not listed on the organizational chart presented by EMA? Does that mean my job is eliminated?

Q12. If my job is outsourced, will I be eligible to apply for jobs with the contractor taking on the outsourced work? Can DWSD employees operate as independent vendors and compete to provide contracted services?

Q13. Who is fighting to protect employees? What is DWSD's policy for retaining the current workforce?

Q14. If we reduce employees right now, doesn't that mean that some positions won't need to be eliminated in the future?

Q15. If employees acquire new titles, what happens to their seniority with DWSD? Are they going to be treated as new hires?

Q16. Will training be provided as jobs change?

Q17. Will more detailed diagrams of new classifications be provided?

Q18. What is the Resource Group? What happens to the employees who stay after attrition occurs?

Q19. How do you get on a job design team? What should we do now to prepare for the changes?

Q20. Why is the decision being based on an average cost of budgeted positions? Where is the comparison cost of outsourcing versus DWSD employment?

Q21. How soon will the changes happen? How soon will the reductions be implemented?



# FREQUENTLY ASKED QUESTIONS REGARDING THE DETROIT WATER AND SEWERAGE DEPARTMENT (DWSD) EMA ASSESSMENT RESULTS AND OPTIMIZATION PLAN

## Questions and Answers

**Q1.   Why is the Department conducting an assessment and optimization program?  What does this mean for the Department?**

A1.   DWSD is conducting the assessment and optimization program to ensure long term compliance, affordability and sustainability for the system and its customers.  In addition, the project will assist the department in managing rate increases while continuing to support needed infrastructure investments.  Rate increases must be kept in line with what customers can afford to pay.

Now is the optimal opportunity for organizational change.  That conclusion is supported by initial interactions with employees.  One objective is to staff at base levels, not peak levels.  Best practices are derived from looking at the organization, its practices and its technology.  Carrying out strategies to increase productivity will reduce customer wait time while increasing workforce flexibility.

**Q2.   What is going to happen to me as an employee and will my seniority be considered?**

A2.   The November 4, 2011, Federal Court Order addressed the employee selection process.  DWSD collective bargaining agreements shall provide that promotions in DWSD shall be at the discretion of management and based upon skill, knowledge, and ability; with seniority then taken into account.

**Q3.   As an employee with low seniority, does the implementation of the optimization program mean that I will be laid off?**

A3.   See Q2 response.  Over the next 10 to 12 months, we will be working through the details of the outsourcing recommendations, confirming the advisability of outsourcing the recommended functions, and validating the cost-reduction potentials.   The process will include: the drafting of Requests For Proposal (RFPs), advertising the RFPs,  and bid evaluation. Employees performing the functions considered for outsourcing will be advised during the process and will have the opportunity to submit a competitive proposal.



# FREQUENTLY ASKED QUESTIONS REGARDING THE DETROIT WATER AND SEWERAGE DEPARTMENT (DWSD) EMA ASSESSMENT RESULTS AND OPTIMIZATION PLAN

In order to achieve any of the recommendations presented by EMA, there will be fewer jobs -- but the jobs remaining will be more highly valued. It is our intent to accomplish reductions primarily through attrition.

**Q4.    What impact is the optimization program going to have on service?**

A4.    The goal of the optimization plan is to assure compliance, improve services and reduce costs. Our intent is to reduce rate increases, reduce or eliminate federal wastewater discharge permit violations and address maintenance and capital needs with the system to the largest extent possible with the current revenue stream. This plan assists us in a future state where DWSD operates more effectively and efficiently.

**Q5.    I am a few years from retirement; will I be able to retire? What kind of severance package will be offered to employees?**

A5.    During contract settlement negotiations, DWSD management committed to meeting with union representatives over the next year to discuss early retirement provisions. To date, no discussions have occurred related to severance packages. The decision to retire will continue to be up to each individual employee. If you are asking if there will be a retirement incentive offered to employees, that has not yet been determined. Retirement incentive programs are extremely expensive and anything DWSD might consider will be modest in nature.

**Q6.    How are we going to get from the current staffing levels to the target proposed in the EMA report? How long will it take to reach the target assessment levels? Is the number proposed by EMA final?**

A6.    The first step is to redefine jobs and our business processes while leveraging technology. Once a long term staffing level is identified to the largest extent possible we will move toward that staffing level by attrition. EMA's proposed implementation outlines staff reductions over a five-year period, however we do not know how long the process will actually take.

**Q7.    What does "highly valued jobs" mean?**

A7.    In general DWSD's new jobs will be broader in scope with clearly defined paths for job progression. A market review of total compensation will be conducted as part of the process. Because jobs will be broader in scope, we anticipate broader salary ranges for the new classifications.



# FREQUENTLY ASKED QUESTIONS REGARDING THE DETROIT WATER AND SEWERAGE DEPARTMENT (DWSD) EMA ASSESSMENT RESULTS AND OPTIMIZATION PLAN

**Q8.** How many jobs are being lost?  How are we going to do the work with fewer employees?  What are the real savings, if we have to make numerous investments and continue service?

A8. DWSD is not working toward a target number.  Technology, narrowly defined jobs and deferred maintenance are drivers for staffing levels.  As we address each of those it will result in a staff adjustment.  The investment over five years will be substantially less than a single year's savings.

**Q9.** Is this an attempt to break unions?  Will unions be eliminated?

A9. No.  Job design will not eliminate union representation.  Recognizing that there will be fewer job classifications we have seen some union consolidation occur in this year's contract negotiations.

**Q10.** Are there going to be any incentives offered to employees to go through this process, considering the number of job losses being recommended?

A10. See Q5 response.

**Q11.** What does it mean if my current division is not listed on the organizational chart presented by EMA?  Does that mean my job is eliminated?

A11. We will have a new DWSD organizational chart.  All job classifications and titles will be new.

**Q12.** If my job is outsourced, will I be eligible to apply for jobs with the contractor taking on the outsourced work?  Can DWSD employees operate as independent vendors and compete to provide contracted services?

A12. Yes and yes.  The Department is committed to an evaluation process for outsourcing that encourages the hiring of displaced DWSD employees in the vendor selection criteria.  All are welcome in the bidding process.

**Q13.** Who is fighting to protect employees?  What is DWSD's policy for retaining the current workforce?



# FREQUENTLY ASKED QUESTIONS REGARDING THE DETROIT WATER AND SEWERAGE DEPARTMENT (DWSD) EMA ASSESSMENT RESULTS AND OPTIMIZATION PLAN

A13.   We fully expect DWSD's employees to fill the majority of the positions. DWSD employees will have first consideration for the new positions.

**Q14.   If we reduce employees right now, doesn't that mean that some positions won't need to be eliminated in the future?**

A14.   All attrition works in our favor.

**Q15.   If employees acquire new titles, what happens to their seniority with DWSD?  Are they going to be treated as new hires?**

A15.   Since positions will be new, we expect to work with labor unions to determine how seniority will be considered.

**Q16.   Will training be provided as jobs change?**

A16.   Yes, training is an essential piece in the organizational change process and essential to the Department's future sustainability.    It is our responsibility as the employer to adequately train employees.

**Q17.   Will more detailed diagrams of new classifications be provided?**

A17.   Yes, the details of the organization will be formulated during the process and will be shared with the organization, stakeholders, and customers.

**Q18.   What is the Resource Group?  What happens to the employees who stay after attrition occurs?**

A18.   For employees who commit to moving forward with DWSD's transition efforts, DWSD will make work available via the Resource Group.  The concept is that employees will accept work assignments for any work for which they have been trained or qualified. There will be a need to address work backlogs, cover work assignments for others in cross-training, cover peak work periods, etc.    DWSD anticipates that employees in the Resource Group will also receive training.

**Q19.   How do you get on a job design team?  What should we do now to prepare for the changes?**



# FREQUENTLY ASKED QUESTIONS REGARDING THE DETROIT WATER AND SEWERAGE DEPARTMENT (DWSD) EMA ASSESSMENT RESULTS AND OPTIMIZATION PLAN

A19.  We are currently in the process of laying out details for job design team members' qualification and selection. In general, the job design teams will consist primarily of staff volunteers who are selected by EMA in the next phase of the process.

**Q20.  Why is the decision being based on an average cost of budgeted positions?  Where is the comparison cost of outsourcing versus DWSD employment?**

A20.  **Actual** cost savings will be calculated to support decisions made during the process.  A cost/benefit analysis will be incorporated in the process, and outsourcing will only move forward if there is a minimum of 10 percent savings relative to maintaining staff for any particular function considered for outsourcing.

**Q21.  How soon will the changes happen?  How soon will the reductions be implemented?**

A21.  Time is of the essence, and continuing the forward movement will begin immediately. Reductions are a part of the process, and will be addressed as changes are made.    Early changes will include Department restructuring or realignment.    Job design efforts will begin this fall. Reductions of staffing have been ongoing; however, they will continue to occur largely by attrition. Decisions on outsourcing will begin in the fall of 2013.

# Exhibit 12

**From:** gtvann@aol.com [mailto:gtvann@aol.com]
**Sent:** Thursday, November 05, 2015 1:00 PM
**To:** Daddow, Robert J; simoliunass@netscape.net; crealw@michigan.gov
**Cc:** jpkovoor@yahoo.com; mccormick@dwsd.org

**Subject:** Re: Layoff of Analytical Chemists at Detroit Wastewater Treatment Plant

Dear Mr. Daddow:

I am George T. Vannilam, the vice-resident of the Sanitary Chemists and Technicians Association (SCATA), and our president is Dr. Saulius Simoliunas.

I have seen your reply to Dr. Simoliunas's email to you. I agree that you have responded similarly to his email in the past also. Still, I would like to bring to your attention a few points:

1). Even though you still haven't taken over the GLWA administration completely, you are the Chairman of GLWA since July 2015! And, since you are going to lead GLWA, you should be concerned of what you are taking over or what you are given to take over. Therefore, it is definitely important that you are informed of the developments that are going in in DWSD, especially in the negative direction! And, it is also true that you should be genuinely concerned of the issues brought up by Dr. Simoliunas in His emails to you.

2).You had earlier forwarded the emails from Dr. Simoliunas to the current administrators of DWSD for further investigation. What happened to that investigation? Did you receive any report? I am asking these questions because we, the SCATA union had met with the DWSD administrators and provided a report of our concerns to them. We still have not heard anything form them.

3) Even as recently as in October 7 or so, we met with Mr. Wolfson and Ms. Connerway to present our concerns regarding the layoffs for more than 50% of our membership, especially from the Analytical Lab of DWSD. We pointed out that the lay-offs were effected without considering any criteria and the process was highly secretive. Until the end of the previous month September, in the Labor-Management meeting to update the unions of the progress towards merging with GLWA, Ms McCormick had been telling us that there would be no layoffs of the Chemists, and reduction in work force would be effected through attrition only! And then, by 14th October, nine out of the total 16 of the Analytical Chemists were laid off citing elimination of the job classification and without considering any academic qualification qualifications or seniority. And in the lay-off, all the three SCATA officials including the president Dr. Simoliunas, vice-president Geroge Vannilam (myself) and the Secretary Jacob Kovoor were included! And the retained Analytical Chemists are given the title "Chemists"! A spade is a spade, whatever you call it! Analytical Chemists and Water System Chemists are Chemists!! We were all selected based on the same selection processes that were for Chemists; not Analytical Chemists or Water System Chemsits!! And, in the meeting on October 7th, Mr. Wolfson agreed that we were raising some very serious concerns. We also requested for a response at the earliest. As of now, there has not been any communication to us from them!

The union is willing to meet with you or your representative and discuss these issues. What we are seeking is only justice!
We earnestly request you to look into the allegations we have raised and let us be provided an amicable and justifiable solution!

George Vannilam
Vice-president, SCATA
(248) 921-9941